## CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

November 26, 2003

DEC 0 2 2003

CHAMBERS JOAN G. MARGOLIS
U. S. MAGISTRATE JUDGE
NEW HAVEN, CONNECTICUT

CHAMBERS JOAN G. MARGOLIS
U. S. MAGS R E JUDGE
NEW HAVEN, CONNECTICUT

Honorable Joan G. Margolis
United States Magistrate Judge
United States District Court
141 Church Street
New Haven, Connecticut 06510

RE:    *Hearing Loss Cases*

Dear Judge Margolis:

Pursuant to the Court's request, undersigned counsel is submitting information to the Court for an *in camera* inspection. Enclosed are 14 letters from Attorney George Cahill that were sent to clients in connection with their hearing loss claims. These letters were retrieved from Dr. Kirchner's files. See Appendix A. The documents should not be produced because they are clearly protected by the attorney client privilege. Attached hereto is an affidavit executed by Attorney Cahill establishing that the letters were sent directly to the clients for purpose of providing legal advice. See Appendix B.

The letters were inadvertently and/or mistakenly disclosed at the office of Dr. Kirchner when they went for their hearing tests. Moreover, they are not covered by any of the defendants' requests and are being submitted to the Court as a precaution. A copy of the specific requests are attached hereto. See Appendix C.

Wherefore, the plaintiffs hereby request that the Court not order the production of the enclosed letters because (1) they are not responsive to the documents described in Conrail's requests; (2) they are protected by the attorney-client privilege; and (3) the clients inadvertently provided these letters to Dr. Kirchner.

Respectfully yours,

Scott Perry

Scott E. Perry

SEP:md
Enclosures

cc:    Anthony D. Sutton, Esq. (App. A not enclosed)
       Lori A. McCarthy, Esq.  (App. A not enclosed)

# APPENDIX  A

CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

11-5-0
10 Am

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
Fax: (203) 865-5904

Joseph Walz
25 Highview Road
Hopewell Junction, New York

Dear Mr. Walz:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510; Telephone: (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you. You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 5/24/2001.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.

ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

*TUES NOV. 5 AT 11:AM*

David B. Betrix
55 Old Temple Hill Road
Vails Gate, New York 12584

Dear Mr. Betrix:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510; Telephone: (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you. You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 5/24/2001.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

# CAHILL & GOETSCH, P.C.
#### ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

Clyde Gibbs
101-125 West 147th Street,  Apt. 3C
New York, New York  10039

Dear Mr. Gibbs:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months.  However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

*OCT. 22ND  11AM*

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT  06510;  Telephone:  (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you.  You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible.  If you are unable to do so, we will file your claim at some later time in the future.  However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss.  We are claiming that you first became aware of a hearing loss problem on 5/30/2001.

If you have any questions, please feel free to contact me.  Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

# CAHILL & GOETSCH, P.C.
#### ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

Karl Kautz
21 Old Mill Drive
Poughkeepsie, New York 12603

Dear Mr. Kautz:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510; Telephone: (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you. You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 4/17/2001.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.

ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

Sigismondo LoVerme
1925 23rd Road
Astoria, New York 11105

Dear Mr. LoVerme:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510; Telephone: (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you. You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 5/22/2001.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

# CAHILL & GOETSCH, P.C.

ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

August 13, 2002

(203) 777-1000
FAX: (203) 865-5904

Pedro S. Rodriguez
12 Pinehurst Avenue, #6B
New York, New York 10033

Dear Mr. Rodriguez:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510; Telephone: (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you. You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 5/30/2001.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

# CAHILL & GOETSCH, P.C.

### ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

August 13, 2002

(203) 777-1000
Fax: (203) 865-5904

Billy Joe Wilson
96 Winnike Avenue
Poughkeepsie, New York  12601

Dear Mr. Wilson:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months.  However, you will need to see an ENT (Ear, Nose, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT  06510;  Telephone:  (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you.   You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible.  If you are unable to do so, we will file your claim at some later time in the future.  However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss.  We are claiming that you first became aware of a hearing loss problem on 5/29/2001.

If you have any questions, please feel free to contact me.  Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

Michael Bettini
51 Meridian Drive
Brewster, New York  10509

Dear Mr. Bettini:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months.  However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT  06510;  Telephone:  (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you.  You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible.  If you are unable to do so, we will file your claim at some later time in the future.  However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss.  We are claiming that you first became aware of a hearing loss problem on 3/12/2002.

If you have any questions, please feel free to contact me.  Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.

ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

Paul F. Ciuzio
4 Deer Field Drive
Mt. Pocono, PA 18344

Dear Mr. Ciuzio:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510; Telephone: (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you. You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 5/30/2001.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.

ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
Fax: (203) 865-5904

Thomas Infantino
49 Peter Road
Brewster, New York 10509

Dear Mr. Infantino:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510; Telephone: (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you. You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 4/24/2001.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX (203) 865-5904

August 2, 2002

*Connecti Case*
*001 978 0001 Group #*

*810-674-5700*

Thomas Kiniry
5 John George Drive
Meriden, CT 06450

*ID    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  01*

Dear Mr. Kiniry:

We have selected your case to be filed with a group of other employees in the United States District Court on September 4, 2002.  However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT  06510
Telephone – (203) 787-2114

*Tues.*
*Aug 27,*
*11:00 AM*

Please contact an ENT specialist as soon as possible so that your examination is completed within the next few weeks.  If you are unable to do so, we will file your claim at some later time in the future.  However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss.  We are claiming that you first became aware of a hearing loss problem on 10/21/1999.

If you have any questions, please feel free to contact me.

Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.

ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

Frederick N. Koval
2 Lafayette Street, P.O. Box 383
Verplanck, New York  10596

Dear Mr. Koval:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months.  However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT  06510;  Telephone:  (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you.  You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible.  If you are unable to do so, we will file your claim at some later time in the future.  However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss.  We are claiming that you first became aware of a hearing loss problem on 1/28/2002.

If you have any questions, please feel free to contact me.  Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

Henry Mackey
Box 750, Chicopee Road
Damascus, PA  18415

Dear Mr. Mackey:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months.  However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT  06510;  Telephone:  (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while. If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you.  You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible.  If you are unable to do so, we will file your claim at some later time in the future.  However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss.  We are claiming that you first became aware of a hearing loss problem on 12/8/1999.

If you have any questions, please feel free to contact me.  Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

August 13, 2002

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
Fax: (203) 865-5904

Robert F. Wright
Box 210 West Street
Millerton, New York  12546

Dear Mr. Wright:

We have selected your case to be filed with a group of other employees in the United States District Court in the next couple of months.  However, you will need to see an ENT (Ear, Nose, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT  06510;  Telephone:  (203) 787-2114

Although the travel to New Haven is an inconvenience, it will be worth your while.  If you choose to go to a local ENT specialist in your home area, you will have to provide us with a report indicating you do have a noise induced hearing loss caused by your exposure to occupational noise on the Railroad.

When you schedule an appointment at Dr. Kirchner's office, please let them know that we referred you.  You will not be required to make any payment at Dr. Kirchner's office and insurance will not be necessary.

Please contact an ENT specialist so that your examination is completed as soon as possible.  If you are unable to do so, we will file your claim at some later time in the future.  However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss.  We are claiming that you first became aware of a hearing loss problem on 4/15/2001.

If you have any questions, please feel free to contact me.  Thank you.

Very truly yours,

George J. Cahill, Jr.

GJC:md

# APPENDIX  B

## AFFIDAVIT

STATE OF CONNECTICUT )
                            ) ss:  New Haven
COUNTY OF NEW HAVEN  )

**GEORGE J. CAHILL, JR.**, being duly sworn, deposes and says:

1.  I am over the age of 18 and I understand the obligations of taking an oath.

2.  I am licensed to practice law in Connecticut and I have been practicing law for over twenty years.

3.  The attached 13 letters are attorney-client communications that were mailed directly to each respective client for the purpose of providing them with legal advice and the address information for Dr. Kirchner's office.

4.  None of the clients were instructed to disclose the letter to Dr. Kirchner (or to anyone else) and it was never intended that Dr. Kirchner would receive a copy of the letter.

5.  The letters are privileged attorney-client communications that were mistakenly disclosed to Dr. Kirchner's office staff when some of my clients brought the letter with them to remind them of Dr. Kirchner's office address.

6.  I did not instruct any clients to bring a copy of the letter to Dr. Kirchner.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
George J. Cahill, Jr.

Subscribed and sworn to before me this 26th day of November, 2003.

_____
Notary Public

MARILYN A. DONROE -Notary Public
My Commission Expires  2/28/2005

# *APPENDIX  C*

## SCHEDULE "A"

You are required to produce the following:

(1)  ANY and ALL medical records and bills in your possession relating to Millard J. Sullivan; D/O/B: 2/7/49; SS#: 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, including but not limited to hospital records, emergency room records, pharmacy records, doctors' and nurses' notes and/or reports, reports of physical examinations and laboratory reports, audiometric testing, X-ray, MRI, EMG or CT scan reports and physical therapy reports, progress notes and consultations, medication records and physicians order, admission and discharge reports or summaries, operative or surgical reports, pathology reports, correspondence between physicians and any insurance company or attorney and <u>patient billing</u>.

(2)  Any and all documents pertaining to any "screening event" which was conducted by you or by Cahill & Goetsch, P.C. relative to railroad workers' hearing.

(3)  Any and all documents pertaining to your relationship with Cahill & Goestch, P.C. as it has existed at any and all times since January 1, 1993.

(4)  Any and all documents pertaining to any and all agreements, contracts, compensation agreements, and/or memoranda of understanding between you and Cahill & Goetsch, P.C. which have been in effect at any time since January 1, 1993.

(5)  Any and all documents pertaining to communications between you and Cahill & Goetsch, P.C. regarding the plaintiff.

(6)  Any and all documents pertaining to payments, reimbursements and/or compensation Cahill & Goetsch, P.C. has paid, made, owed and/or promised to you in connection with and/or related to any "hearing loss screening," including, but not limited to, invoices, statements, bills, tax forms, returns or related tax documents (including, but not limited to Form 1099s), receipts, cancelled checks, ledgers and/or payment stubs.

(7)  Any and all documents pertaining to payments, reimbursements and/or compensation Cahill & Goetsch, P.C. has paid, made, owed and/or promised to you in connection with and/or related to the plaintiff, including, but not limited to, invoices, statements, bills, tax forms, returns or related tax documents (including, but not limited to Form 1099s), receipts, cancelled checks, ledgers and/or payment stubs.

3

(8)      Any and all documents pertaining to the results of the tests which were conducted at screenings from January 1, 1993.

(9)      Any and all documents, including but not limited to articles, periodicals, books, treatises, reference guides, studies and/or reports, which show or purport to show the prevalence of hearing loss in the general population since January 1, 1993.

(10)      Any and all documents, including but not limited to articles, periodicals, books, treatises, reference guides, studies and/or reports, which show or purport to show the prevalence of hearing loss among railroad industry workers since January 1, 1993.

(11)      Any and all documents pertaining to the ownership of the audiometer used to test the plaintiff.

(12)      Any and all documents pertaining to your relationship (i.e., ownership, lease, rent, or other) to the audiometer used to test the plaintiff.

(13)      Any and all documents pertaining to the proper use of and standards of care for the audiometer including, but not limited to: owner's manuals; maintenance requirements, standards and schedules; calibration requirements, standards and schedules; periodic testing requirements, standards and schedules; and/or repair requirements, standards and schedules.

(14)      Any and all documents pertaining to any and all maintenance, calibration, testing and/or repair which was performed on the audiometer at any time.

(15)      Any and all documents showing the number of times the audiometer used to test the plaintiff has been used.

(16)      Any and all documents showing the locations at which the audiometer used to test the plaintiff has been used.

(17)      Any and all documents showing the number of times the audiometer has been used to the test the plaintiff.

(18)      Any and all documents pertaining to education, training and/or instruction provided to technicians who attended any hearing screenings.

4

(19)    Any and all documents pertaining to education, training and/or instruction provided to technician and/or physician in connection with the audiometer used to test the plaintiff who tested or participated in the testing or results thereof of the audiometer testing of the plaintiff.

(20)    Any and all documents provided <u>to</u> you by Cahill & Goetsch, P.C. relative to the plaintiff.

(21)    Any and all documents provided <u>by</u> you to Cahill & Goetsch, P.C. relative to the plaintiff.

**\* In lieu of appearing at the scheduled deposition, you may forward certified copies of the requested records, signed under the pains and penalties of perjury to:**

John E. Young, Esq.
Flynn & Associates, P.C.
189 State Street
Sixth Floor
Boston, MA 02109

5