UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
─────────────────────────────────────X
```

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, CONSOLIDATED RAIL CORPORATION, and AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION, | |
| Defendants | MARCH 10, 2004 |

```
─────────────────────────────────────X
```

**FILED** MAR 11  9 29 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Debi Kiniry in the above-entitled matter.

Respectfully submitted,

FOR DEBI KINIRY,

By _____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 10th day of March, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry