FILED
MAR 11   S 29 AM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————————————————— X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | FELA HEARING LOSS CASES MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS. |
| METRO-NORTH RAILROAD COMPANY, CONSOLIDATED RAIL CORPORATION, and AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION, | |
| Defendants | MARCH 10, 2004 |

———————————————————— X

### DEBI KINIRY'S MOTION TO QUASH SUBPOENA AND MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), 30 (d)(4), 26(b) and (c), Debi Kiniry hereby moves to quash Conrail's February 12, 2004 dated subpoena and moves for a protective order preventing her deposition.  In support hereof, Mrs. Kiniry states the following:

1.  The marital communication privilege precludes her from having to testify about any communications with her husband.

2.  The anti-marital facts privilege enables her to decline to submit to a deposition that may be used against her husband.

**ORAL ARGUMENT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

3. The deposition is only being conducted to annoy, embarrass, and harass her.

4. She is a not a party to this lawsuit and has no intention of testifying at trial.

For the foregoing reasons, and the reasons set forth in the accompanying Memorandum of Law filed herewith, the Court should quash Conrail's February 12, 2004 dated subpoena and enter a protective order preventing her deposition.

Respectfully submitted,

FOR DEBI KINIRY,

By _____
Scott E. Perry ct17236
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on this 10th day of March, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

Scott E. Perry