UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------X

THOMAS KINIRY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,
CONSOLIDATED RAIL CORPORATION, and
AMERICAN FINANCIAL GROUP, INC., f/k/a
AMERICAN PREMIER UNDERWRITERS, INC.,
f/k/a PENN CENTRAL CORPORATION,

    Defendants

------------------------------------X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

<u>FELA HEARING LOSS CASES
MAY BE FILED IN NEW HAVEN
AS ORDERED BY
MAGISTRATE JUDGE MARGOLIS.</u>

MARCH 10, 2004

## <u>DEBI KINIRY'S MOTION TO QUASH SUBPOENA AND MOTION FOR A PROTECTIVE ORDER</u>

Pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), 30 (d)(4), 26(b) and (c), Debi Kiniry hereby moves to quash Conrail's February 12, 2004 dated subpoena and moves for a protective order preventing her deposition. In support hereof, Mrs. Kiniry states the following:

1. The marital communication privilege precludes her from having to testify about any communications with her husband.

2. The anti-marital facts privilege enables her to decline to submit to a deposition that may be used against her husband.

**ORAL ARGUMENT REQUESTED.
TESTIMONY NOT REQUIRED.**