UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-------------------------------------X

| | |
|---|---|
| THOMAS KINIRY,<br><br>    Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, CONSOLIDATED RAIL CORPORATION, and AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION,<br><br>    Defendants | CIVIL ACTION<br><br>NO. 3:02CV01680 (JBA)<br><br>FELA HEARING LOSS CASES MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.<br><br><br><br>MARCH 10, 2004 |

-------------------------------------X

## MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), 30 (d)(4), 26(b) and (c), the plaintiff hereby moves to quash Conrail's February 12, 2004 dated subpoena and moves for a protective order preventing the deposition of his wife, Debi Kiniry. In support hereof, the plaintiff states the following:

1. The marital communication privilege precludes Mrs. Kiniry from having to testify about any communications with her husband.

2. The anti-marital facts privilege enables Mr. Kiniry to prevent his wife from being deposed.

**ORAL ARGUMENT REQUESTED.**
**TESTIMONY NOT REQUIRED.**