**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**KINIRY**                                  :

**v.**                                      :    **NO. 3:02cv1680 (JBA)**

**METRO-NORTH**                             :

### SCHEDULING ORDER

Discovery and dispositive motion deadlines having expired, the following schedule is hereby ordered:

1. The parties' Joint Trial Memorandum will be filed on 2/14/05.

2. A pre-trial conference will be held 2/28/05 at 4:00 p.m. in Chambers Room 118.

3. Jury selection will be held 3/2/05 at 9:00 a.m. in Courtroom Two.

4. Jury trial will commence immediately thereafter, 8:30 a.m. - 2:00 p.m. daily.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: February , 2005**