UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. KINIRY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 01680 (JBA) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| CONSOLIDATED RAIL CORPORATION | : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| and AMERICAN FINANCIAL GROUP, | : | <u>MAGISTRATE JUDGE MARGOLIS</u> |
| INC., f/k/a AMERICAN PREMIER | : | |
| UNDERWRITERS, INC., f/k/a PENN | : | |
| CENTRAL CORPORATION | : | |
| | : | FEBRUARY 10, 2005 |
| Defendants. | : | |

**MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The undersigned Defendant, Metro-North Railroad Company, hereby moves this court for an extension of time, absent objection, with respect to this Court's Scheduling Order dated February 3, 2005.

Specifically, the defendant seeks to (1) extend the deadline for filing the Joint Trial Memorandum thirty days to March 14, 2005; (2) extend the date for the pre-trial conference thirty days to March 28, 2005; and (3) extend the date for jury selection 30 days to March 30, 2005, with the jury trial commencing immediately thereafter.

The basis for this motion is to enable counsel to comply with pre-existing discovery orders in the remaining companion hearing loss cases. The defendant and counsel for plaintiff are involved in approximately thirty (30) additional pending hearing loss cases. Approximately half of these cases are the subject of discovery related scheduling orders, which have already been extended. These deadlines are as follows: the deadline for completing all fact discovery is February 15, 2005; the deadline for disclosing the plaintiff's expert reports is March 15, 2005; the deadline for deposing the plaintiff's expert and also for disclosing the defendant's expert reports is April 15, 2005; and the deadline for deposing the defendant's expert is May 15, 2005.

This motion to extend the scheduling order by thirty days would permit both counsel to complete the outstanding discovery in the related actions and permit counsel the time necessary to properly prepare this case for trial.

The defendant submits that this is the first extension of time sought with respect to the scheduling order deadlines set forth on February 3, 2005. Counsel for the plaintiff has been contacted regarding this motion, and as noted above, he has no objection to the instant motion.

Respectfully submitted,

        THE DEFENDANT,
        METRO-NORTH RAILROAD COMPANY


By:_____
    Susan B. Parzymieso, Esq., (CT 25301)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.131\MtnExtendTimeJTM.wpd
205.131

- 4 -