UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | FEBRUARY 18, 2005 |

------------------------------------------------X

**MOTION IN LIMINE REGARDING
IRRELEVANT OR UNFAIRLY PREJUDICIAL, MISLEADING,
OR CONFUSING PERSONNEL AND MEDICAL RECORDS PERTAINING TO
PRIOR ACCIDENTS AND INJURIES**

The defendant has listed as potential exhibits unspecified records from the plaintiff's Personnel file and Medical file.

The plaintiff objects to the admissibility of any documents from his Personnel file and medical file unless they can be shown to be directly relevant and do not run afoul of Federal Rules of Evidence 402 and 403. Certainly any prior unrelated on the job accidents and documents relating to his medical care pertaining thereto are not relevant in this claim involving occupational hearing loss. No prior accidents involved any injuries to the plaintiff that conceivably relate to his hearing loss. Therefore, such evidence is not relevant or admissible under Rules 402 and 403. Likewise, testimony about whether and when the plaintiff sought medical treatment and from whom he sought treatment for any of his prior on the job accidents is not relevant.

For the foregoing reasons, the Court should preclude the defendant from mentioning any prior accidents and injuries in front of the jury and prevent any line of questioning seeking to find out whether, where and from whom the plaintiff sought any medical treatment for his prior injuries.

FOR THE PLAINTIFF

By /s/ Scott Perry
Scott E. Perry, ct17236
CAHILL, GOETSCH and MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid to:

Robert O. Hickey, Esq.
Ryan Ryan Johnson & Deluca
80 Fourth St., P.O. Box 3057
Stamford, CT 06905

on this 18 day of February, 2005.

_____
Scott Perry