UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | FEBRUARY 18, 2005 |

---------------------------------------------------------X

## PLAINTIFFS' PROPOSED JURY VERDICT FORM

The plaintiffs, through their counsel, submit herewith, their proposed Jury Interrogatories.

Because the proposed jury interrogatories are based on plaintiffs' present understanding of the case, plaintiffs reserve the right to submit additional proposed charges.

## GENERAL VERDICT WITH ACCOMPANYING INTERROGATORIES

### Interrogatory No. 1

Do you find that the defendant Metro-North was negligent under the Federal Employers' Liability Act even to the slightest degree?

Yes_____ No_____

[If your answer to Interrogatory No. 1 is "no," you have completed your deliberations. If your answer to Interrogatory No. 1 is "yes," proceed to Interrogatory No. 2.]

### Interrogatory No. 2

Did Metro-North's negligence play any part --even to the slightest degree -- in bringing about Mr. Kiniry's injuries?

Yes_____ No_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No. 2 is "yes," proceed to Interrogatory No. 3.]

### Interrogatory No. 3

Do you find that Mr. Kiniry was contributorily negligent?

Yes_____ No_____

[If your answer to Interrogatory No. 3 is "no," proceed directly to Interrogatory No. 5 and skip interrogatory 4. If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 4.]

**Interrogatory No. 4**

If your answer to Interrogatory No. 3 is "yes," what percentage of fault to you attribute to Metro-North and Mr. Kiniry?

        Metro-North_____%

        Mr. Kiniry _____%

        Total must equal 100%

[Proceed to Interrogatory No. 5.]

**Interrogatory No. 5**

What amount do you find, without reduction for any contributory negligence, will fairly and adequately compensate Mr. Kiniry for:

    A. Future Medical Expenses:    $_____

    B. Past pain, suffering mental anguish
       and loss of enjoyment of life's
       activities:    $_____

    C. Future pain, suffering mental anguish
       and loss of enjoyment of life's
       activities:    $_____

    GENERAL VERDICT (Total of A+B+C)    $_____

You have now completed your deliberations. Please sign and date this form.

_____        _____
Date                                          Foreperson

FOR THE PLAINTIFF,

BY _____/s/ Scott Perry/_____
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 18 day of February, 2005 to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____/s/ Scott Perry/_____
Scott E. Perry