| | | |
|---|---|---|
| D.N. 3:02 CV 01680 (JBA) | : | SUPERIOR COURT |
| | : | |
| THOMAS C. KINIRY | : | J.D. OF CONNECTICUT |
| | : | |
| V. | : | AT NEW HAVEN |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | FEBRUARY 18, 2005 |
| CONSOLIDATED RAIL CORPORATION | : | |
| | : | |

## DEFENDANT METRO-NORTH RAILROAD COMPANY'S PROPOSED VERDICT FORM

**Interrogatory No. 1**

Do you find that Mr. Kiniry has suffered an occupationally induced hearing loss?

  **Yes**_____  **No**_____

[If your answer to Interrogatory No. 1 is "no," you have completed your deliberations. If your answer to Interrogatory No.1 is "yes," proceed to Interrogatory No.2.]

**Interrogatory No. 2**

If your answer to Interrogatory No. 1 is "yes," do you find that the defendant was negligent under the Federal Employers' Liability Act?

  **Yes**_____  **No**_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No.2 is "yes," proceed to Interrogatory No.3.]

**Interrogatory No.3**

If you answer to Interrogatory No. 2 is "yes," did that negligence play any part in bringing about Mr. Kiniry's injuries?

    **Yes**_____        **No**_____

[If your answer to Interrogatory No. 3 is "no," you have completed your deliberations. If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 4.]

**Interrogatory No. 4**

If your answers to Interrogatory Nos. 2 and 3 are "yes," do you find that Mr. Kiniry was contributorily negligent?

    **Yes**_____        **No** _____

[If your answer to Interrogatory No. 4 is "no," proceed to Interrogatory No. 6 and do not respond to Interrogatory No. 5. If your answer to Interrogatory No. 4 is "yes," proceed to Interrogatory No. 5.]

**Interrogatory No. 5**

If your answer to Interrogatory No. 4 is "yes," to what extent, expressed in percentages, did the defendant's and Mr. Kiniry's negligence contribute to his injuries?

        Mr. Kiniry _____%
        Defendant _____%

        Total must equal 100%

[Proceed to Interrogatory No. 6.]

**Interrogatory No. 6**

What amount do you find, without reduction for any contributory negligence, will fairly and adequately compensate Mr. Kiniry for his injuries?:

**GENERAL VERDICT**                    $ _____

[If your answer to Interrogatory No. 4 is "yes," proceed to Interrogatory No. 7. If your answer to Interrogatory No. 4 is "no," your deliberations are complete.]

**Interrogatory No. 7**

If your answer to Interrogatory No. 4 is "yes," reduce the total combined amount of damages in Interrogatory No. 6 by the percentage of Mr. Kiniry's contributory negligence that you found in Interrogatory No. 5 and enter that reduced amount in the space below:

      **GENERAL VERDICT:** $ _____

      You have completed your deliberations. Please sign and date this form.

_____                    _____
Date                                            Foreperson

        THE DEFENDANT,
        METRO-NORTH RAILROAD COMPANY


By: _____
        Robert O. Hickey, Esq.
        Ryan, Ryan, Johnson & Deluca, LLP
        80 Fourth Street, P.O. Box 3057
        Stamford, CT  06905
        Juris No. 52525
        Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

                                                                          _____
                                                                          Robert O. Hickey, Esq.

I:\Procases\205.131\verdictform.wpd
205.131