# CAHILL & GOETSCH, P.C.
### ATTORNEYS AT LAW

GEORGE J. CAHILL, JR.

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

August 2, 2002

(203) 777-1000

*Connecti Care*
*860-674-5700* ~~Fax (203) 865-5804~~
*001 978 0001 Group #*

*ID 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 01*

Thomas Kiniry
5 John George Drive
Meriden, CT 06450

Dear Mr. Kiniry:

We have selected your case to be filed with a group of other employees in the United States District Court on September 4, 2002. However, you will need to see an ENT (Ear, Noise, & Throat) specialist for an examination and audiogram.

You certainly may choose a local ENT specialist if you prefer, but we strongly recommend the follow physician:

J. Cameron Kirchner, M.D.
40 Temple Street
New Haven, CT 06510
Telephone – (203) 787-2114

*Yes. Aug 27, 11:00 AM*

Please contact an ENT specialist as soon as possible so that your examination is completed within the next few weeks. If you are unable to do so, we will file your claim at some later time in the future. However, we think it would unnecessarily delay your claim.

Please remember that there is a three (3) year Statute of Limitations from the time that you knew or should have known that you were experiencing some problems relating to hearing loss. We are claiming that you first became aware of a hearing loss problem on 10/21/1999.

If you have any questions, please feel free to contact me.

Thank you.

Very truly yours,

*[signature]*

George J. Cahill, Jr.

GJC:md

## AFFIDAVIT

STATE OF CONNECTICUT )
) ss: New Haven
COUNTY OF NEW HAVEN )

**GEORGE J. CAHILL, JR.**, being duly sworn, deposes and says:

1. I am over the age of 18 and I understand the obligations of taking an oath.

2. I am licensed to practice law in Connecticut and I have been practicing law for over twenty years.

3. The attached 13 letters are attorney-client communications that were mailed directly to each respective client for the purpose of providing them with legal advice and the address information for Dr. Kirchner's office.

4. None of the clients were instructed to disclose the letter to Dr. Kirchner (or to anyone else) and it was never intended that Dr. Kirchner would receive a copy of the letter.

5. The letters are privileged attorney-client communications that were mistakenly disclosed to Dr. Kirchner's office staff when some of my clients brought the letter with them to remind them of Dr. Kirchner's office address.

6. I did not instruct any clients to bring a copy of the letter to Dr. Kirchner.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
George J. Cahill, Jr.

Subscribed and sworn to before me this 26th day of November, 2003.

_____
Notary Public

MARILYN ... Public
My Commission... 2/28/2005