UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KINIRY            :

v.                : NO. 3:02cv1680(JBA)

METRO-NORTH       :

## SCHEDULING ORDER/ENDORSEMENT ORDER [DOC. #82]

Motion for Extension of Scheduling Order Deadlines [doc. #82] is GRANTED, for good cause, and the following schedule is ordered:

1. The parties' Joint Trial Memorandum will be filed on 3/14/05.

2. A pre-trial conference will be held 3/28/05 at 4:00 p.m. in Chambers Room 118.

3. Jury selection will be held 4/6/05 at 9:00 a.m. in Courtroom Two.

4. Jury trial will commence immediately thereafter, 8:30 a.m. - 2:00 p.m. daily.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  February 25, 2005