UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――――――――――――――――X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
|     Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
|     Defendant | FEBRUARY 28, 2005 |

―――――――――――――――――――――X

## PLAINTIFF'S AMENDED EXHIBIT LIST

The plaintiff hereby amends his Exhibit List as set forth in the Parties' February 18, 2005 Joint Trial Memorandum to include, as Exhibit 39: Portions of Dr. John Herrlin's January 21, 1992 Deposition Transcript in May v. Metro-North. Dr. Herrlin was Metro-North's Medical Director from 1983 to through 1992. This potential Exhibit was provided to Metro-North almost two years ago.

FOR THE PLAINTIFF

By /s/ Scott Perry
Scott E. Perry, ct17236
CAHILL, GOETSCH and MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## Certificate of Service

This is to certify that a copy of the foregoing was faxed and mailed, first class mail, postage prepaid to:

Robert O. Hickey, Esq.
Ryan Ryan Johnson & Deluca
80 Fourth St., P.O. Box 3057
Stamford, CT 06905

on this 28 day of February, 2005.

_____
Scott Perry