UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. KINIRY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 01680 (JBA) |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | |
| | : | |
| | : | |
| | : | FEBRUARY 28, 2005 |
| Defendant. | : | |

**DEFENDANT METRO-NORTH RAILROAD COMPANY'S
MOTION TO PRECLUDE PLAINTIFF'S EXPERT**

The undersigned Defendant, Metro-North Railroad Company, pursuant to Federal Rules of Evidence 104 and 702, moves to preclude the proffered testimony of the plaintiff's expert, Dr. J. Cameron Kirchner.

This motion is supported by a memorandum of law which is attached hereto.

        THE DEFENDANT,
        METRO-NORTH RAILROAD COMPANY

By: _____
  Robert O. Hickey, Esq., (CT 19555)
  Ryan, Ryan, Johnson & Deluca, LLP
  80 Fourth Street, P.O. Box 3057
  Stamford, CT  06905
  Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2005, a copy of the above was hand delivered and e-mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

_____
Robert O. Hickey, Esq.

I:\Procases\205.131\mtnprecludekirchner.wpd
205.131