# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

――――――――――――――――――――――――X

THOMAS C. KINIRY,                             CIVIL ACTION

    Plaintiff                                   NO. 3:02CV01680 (JBA)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                   JUNE 29, 2004
――――――――――――――――――――――――X

### PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

Pursuant to Fed. R. Civ. P. 26(a)(2), the plaintiff hereby discloses Dr. Cameron Kirchner and Dr. Peter M. Rabinowitz as experts in the above-captioned case.

**Opinions To Be Expressed And The Basis and Reasons Therefore**

Dr. Kirchner's opinions are set forth in his reports which are attached hereto at App. A. The basis and reasons for his opinions are his training, education, experience, the plaintiff's medical history, and Dr. Kirchner's examination of the plaintiff and testing of the plaintiff's hearing.

Dr. Rabinowitz's opinions are set forth in his report which is attached hereto at App. B. The basis and reasons for his opinions are set forth in his report and include his training, education, experience, and review of medical and audiological literature. Copies of the literature and documents Dr. Rabinowitz reviewed were produced on May 27, 2003.

**Qualifications Of Witnesses**

Dr. Kirchner's *curriculum vitae* with a list of publications is attached hereto at App. C.

Dr. Rabinowitz's *curriculum vitae* with a list of publications is attached hereto at App. D.

**Compensation For Study and Testimony:**

Dr. Kirchner's fee for record review, preparation of reports, and research is two hundred and fifty Dollars ($250) per hour. His fee for testimony at trial or by deposition is three hundred and fifty dollars ($350) per hour, plus travel time.

Dr. Rabinowitz's fee for preparation of reports is five hundred dollars ($500) per hour; depositions is six hundred dollars ($600) per hour; and trial time is seven hundred and fifty dollars ($750) per hour (plus travel time).

**Prior Expert Testimony At Deposition Or Trial In Preceding Four Years**

Dr. Kirchner has not testified as an expert at trial or deposition within the last four years.

Dr. Rabinowitz has testified as an expert at trial or deposition in the last four years in the following cases: <u>David Pasquale v. Pratt & Whitney</u>; <u>Rose Escobar-Lopez v. AGAC Incorporated</u>; and <u>Samuel Morey v. UTC/Pratt & Whitney</u>.

Respectfully submitted,

FOR THE PLAINTIFF,

BY _/s/ Scott Perry_____
Scott E. Perry (ct17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 29th day of June, 2004, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry