# EXHIBIT E

## J. CAMERON KIRCHNER, M.D.

Ear, Nose and Throat

Medicine and Surgery

TEMPLE MEDICAL CENTER
40 TEMPLE STREET
NEW HAVEN, CONNECTICUT 06510
Telephone (203) 787-2114
Fax (203) 787-2051

GUILFORD GLEN
5 DURHAM ROAD (RT.77)
GUILFORD, CONNECTICUT 06437
Telephone (203) 453-0618

**THOMAS KINIRY**
August 27, 2002

He is a 56-year-old man who comes in for otologic evaluation. Over perhaps the past year or two he has noted difficulty hearing conversations in the presence of background noise. His girlfriend has been complaining on occasion that his hearing acuity seems poor, and he has had to raise the volume on his television set. Both ears seem equally affected. There has been no associated tinnitus or dizziness. Hearing tests performed at work over the past few years have reportedly demonstrated some hearing loss.

His otologic history is otherwise remarkable for perhaps one infection, approximately ten to twelve years ago. There is no history of known exposure to ototoxic drugs and no history of familial inner ear disease. His occupational history is pertinent in that he has worked in signal maintenance for the railroad since 1967. In this position he has been exposed to the noise of passing trains, relays, and track equipment. Earplugs have been used on occasion over the past ten years.

Prior to beginning work for the railroad, he served in the Navy for four years as a barber. There is no history of recreational shooting.

He is otherwise in good health, with no known inhalant allergies and no history of cardiopulmonary disease, hypertension, diabetes mellitus, or thyroid dysfunction. He has not smoked over the past fifteen years but previously smoked two packs of cigarettes per day for over twenty years. He has not consumed alcohol over the past twenty years but previously abused it. He is on no regular medications but Aleve is used on a PRN basis.

On examination, a thin layer of dry dark debris was noted to overlie the right ear canal skin and tympanic membrane. The debris was removed and the tympanic membrane otherwise noted to be clear and mobile, with no middle ear fluid or inflammation. A moderate amount of pale desquamated debris was removed from the left ear canal. The tympanic membrane is clear and mobile. The Rinne is positive bilaterally. The septum is somewhat full anteriorly but there is no turbinate congestion or drainage in either nasal passage. Examination of the mouth and oropharynx is remarkable for a moderately low-lying soft palate. The nasopharynx could not be well visualized indirectly. The hypopharynx is normal. The vocal cords could not be seen. There is no cervical adenopathy and no palpable thyroid or major salivary gland disease.

An audiogram today, performed two days after his last exposure to noise, demonstrates bilateral moderate to severe high frequency sensorineural hearing losses. The SRT's are 15 and 25 dB in the right and left ears respectively.

Page 2.
Thomas Kiniry
August 27, 2002

## IMPRESSION

Bilateral high frequency sensorineural hearing losses. The puretone patterns are consistent with noise trauma.

## RECOMMENDATIONS

The use of hearing protection equipment whenever he is exposed to loud noise has been recommended. He is a borderline candidate for amplification of one or both ears. A repeat hearing test in one year has also been suggested.

J. Cameron Kirchner, M.D.

CC:   George Cahill, Esq.

JCK/dp