# EXHIBIT F

```
 1   she was 17 and I bought a small snowblower to go with
 2   the car.  I figured that was good.  So 17 would be
 3   1993, I bought my first snowblower.
 4        Q.   Okay.  And have you used it every winter
 5   since then?
 6        A.   Yes, sir.
 7        Q.   Approximately how many times per winter do
 8   you use the snowblower?
 9        A.   Some years, never and when it snows 6 inches
10   or so, I would use it.  I can't give you a number.
11        Q.   Do you ever use ear protection while using
12   the snowblower?
13        A.   No.
14        Q.   How about when mowing your lawn, do you ever
15   use ear protection?
16        A.   No.
17        Q.   Have you ever engaged in shooting off
18   fireworks, firecrackers, things like that?
19        A.   40 years ago.
20        Q.   40 years ago as a kid?
21        A.   Yes.
22        Q.   And what sort of firecracker activities or
23   firework activities were involved with back when you
24   were a kid?
25        A.   We used to get at, like, the corner store the
```

1   Chinese firecrackers.

2       Q.   Did you ever have any incidents where some of
3   them may have gone off accidentally in close proximity
4   to you?

5       A.   Some of them probably within 3 feet.  Maybe
6   50 years ago.  I'm 57 now, so maybe -- yeah.  I'm
7   getting old.

8       Q.   Do you recall if you ever told Dr. Erlich
9   that you were diagnosed at Metro-North as having
10  suffered hearing loss?

11      A.   I might -- being my physician, I might have
12  told him that.  I don't recall but I might have told
13  him that.

14      Q.   Okay.  Do you recall ever telling Dr. Erlich
15  about any complaints of problems or difficulty hearing
16  that you've been suffering the last couple of years, as
17  you say?

18              MR. PERRY:  Objection to form.  You can
19          answer the question.

20      A.   I try to get in to see Dr. Erlich at least
21  once a year for my annual physical, and if he brought
22  up the subject, I might have told him that.  I don't
23  recall telling him that, but I know that if he brought
24  up the subject on something, normally, we talk about
25  New York bagels and so on and etc. and we talk about