**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**KINIRY**                              :

**v.**                                  :    **NO. 3:02cv1680 (JBA)**

**METRO-NORTH**                         :

## REVISED SCHEDULING ORDER

The following schedule is ordered:

1. A pre-trial conference will be held 4/1/05 at 3:00 p.m. in Chambers Room 118.

2. Jury selection will be held 4/6/05 at 9:00 a.m. in Courtroom Two.

3. Jury trial will commence 5/9/05, 8:30 a.m. - 2:00 p.m. daily to and including 5/13/05.

IT IS SO ORDERED.

                                    /s/
                          Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **February 28, 2005**