# APPENDIX A

Page 109

1  same procedures and activities?
2     A. Yes.
3     Q. And if you could take me through a
4  typical consultation with a patient referred to
5  you by Cahill & Goetsch.
6     A. The consultation would be very similar
7  to a consultation that I would perform on any
8  patient with a hearing loss. I would ask them
9  initially what the nature of their problem is.
10 If it is a hearing loss issue, then I ask them
11 when they first noticed it. I ask them is it
12 equal in their minds in both ears.
13        There are additional questions
14 regarding under what circumstances the hearing
15 loss is most noticeable. I ask them about
16 additional ear symptoms, such as ear pain,
17 tinnitus, and dizziness. Because that helps in
18 the formulation of a differential diagnosis.
19        And then the next line of
20 questioning pertains to other possible causes of
21 hearing loss. And that's what I was referencing
22 before, regarding questions about ear infections,
23 exposure to drugs that can cause hearing loss,
24 noise exposure, both occupational and non
25 occupational over the patient's lifetime. Family

Page 110

1  history of hearing loss. And even though I don't
2  always ask questions about tumors, for example,
3  or history of Meniere's disease, for example,
4  which can cause hearing loss, I can extrapolate a
5  lot of that information from the history already
6  provided.
7       I then inquire about if it is an
8  occupational hearing loss, what the nature of the
9  occupation was, what kinds of noise they were
10 exposed to; what generated the noise. Initially
11 if I'm not familiar with the equipment or the
12 work setting, I'll ask them how loud it was. Try
13 to get some impression of the intensity of the
14 noise. I would ask them how long they were
15 exposed to it. How many months or years they
16 were exposed to that noise. And likewise,
17 similar questions regarding non occupational
18 noise exposure.
19    Q.  With regard to --
20    A.  There is more but --
21    Q.  I'm sorry.
22    A.  Well, I then do a review of systems,
23 pertinent review of systems regarding cardiac
24 disease, lung problems, high blood pressure,
25 diabetes, thyroid problems. Sometimes hay fever,

Page 111

1  although that doesn't cause sensorineural hearing
2  loss.
3       I will usually inquire about
4  social habits; smoking and alcohol consumption.
5  I also ask for a current list of medications.
6  And then I do a complete ear, nose and throat
7  examination. After which in patients who have a
8  hearing loss, many of them end up having a
9  hearing test. And then I try to then put all
10 that information together and come up with an
11 assessment as to not only the severity of the
12 loss, but also the likely causes or major causes
13 and an assessment also of any other issues that
14 have come up. There was a patient I think in
15 this list of charts here who had obstructive
16 sleep apnea, so that goes under the overall
17 assessment, and I make recommendations specific
18 to each identified problem, regarding treatment,
19 rehabilitation, follow-up evaluations, whatever
20 else is indicated.
21    Q.  So would that process as you just
22 explained, would that make up the entire visit of
23 a patient to your office, as referred by Cahill &
24 Goetsch?
25    A.  Yes. I believe so.

Page 112

1    Q.  From beginning to end, how long would
2  that consultation last? And that would be
3  including the audiogram.
4    A.  Face to face time with me would be 30
5  to 40 minutes. The audiologist's time would be
6  perhaps an additional 20 to 30 minutes, depending
7  upon individual variability, how easy they are to
8  test and if the responses are consistent and --
9  it's about 20 to 30 minutes for a hearing test
10 probably.
11    Q.  After -- go ahead.
12    A.  Beyond the 30 to 40 minutes that I
13 indicated as the time that I spend with each
14 patient.
15    Q.  So after the face-to-face meeting for
16 30 to 40 minutes, then the audio testing for
17 approximately 20 to 30 minutes, does the patient
18 then meet with you further face-to-face?
19    A.  When I refer to face-to-face time, I
20 was referring to total face-to-face time. So
21 that that initial say 25 or 30 minutes would be
22 with me. Then they would go see the audiologist.
23 After which they would return to me to discuss
24 the report, and for me then to discuss with them
25 their hearing loss, any other problems they might

Page 113

1  have. And appropriate recommendations for the
2  identified problems.
3    Q.  When you say discuss hearing loss with
4  you, would that be the results of the audiogram?
5    A.  Yes.
6       (Recess taken: 2:30-2:37 p.m.)
7    Q.  Doctor, when a patient would present to
8  you for a consultation, that was referred to you
9  by Cahill & Goetsch, when they first arrived at
10 your office, would they be given any sort of
11 forms or questionnaires to fill out?
12    A.  Yes.
13    Q.  And what sort of forms would they be
14 asked to fill out?
15    A.  They received a patient registration
16 form, which they were asked to complete with
17 information regarding their name, birth date,
18 social security number, address, phone numbers,
19 employer, insurance information. And referring
20 physician if any. Reason for visit. Just a
21 one-line, "hearing loss," for example. And at
22 the end of the form is a signature, assignment of
23 benefits.
24    Q.  Aside from that patient registration
25 form, prior to meeting you face-to-face for the

Page 114

1  first time, would they be asked to complete any
2  other forms or questionnaires?
3     A. No.
4     Q. When meeting with you or prior to
5  meeting with you, would they be asked to complete
6  any medical history questionnaires?
7     A. No.
8     Q. The questions then about their medical
9  history, those would be solely asked by you
10 verbally to them?
11    A. Yes. That's correct.
12    Q. When you did that with the
13 plaintiffs/patients in these cases, would you do
14 that from memory or did you have a written list
15 of questions that you would ask?
16    A. I did it from memory.
17    Q. Okay. And the history that they would
18 then give you, you would make notes on that
19 history?
20    A. Yes.
21    Q. And in using that file that's in front
22 of you, on what sheet would you make those notes?
23    A. I would make it on a 3 by 5 or 5 by 7
24 piece of note paper.
25    Q. And then you'd use that piece of note

Page 115

1  paper in formulating your post-visit report?
2     A. Yes.
3     Q. You testified earlier when discussing a
4  typical consultation with one of the
5  plaintiff/patients we're here for today, you
6  would ask them when they first noticed that they
7  were having difficulty hearing, correct?
8     A. Yes.
9     Q. What significance would that have on a
10 diagnosis of occupationally induced hearing loss?
11    A. It doesn't really have direct
12 significance -- direct implications as to the
13 diagnosis, but it's a question that I ask
14 everybody anyway. You know, whatever the problem
15 is. "When did you first notice it?" Because it
16 can help me in, particularly in other settings,
17 can help me formulate a diagnosis.
18       So if they noticed a hearing loss
19 yesterday, my differential is going to be
20 different than if they noticed it six months ago.
21 If a patient noticed a hearing loss yesterday,
22 then that changes the differential, because I
23 then have to include possible causes that may be
24 of much shorter duration; for example.
25    Q. Okay. In addition to asking when the

Page 116

1  patient first noticed hearing loss, or hearing
2  difficulty, do you ask the patient if others have
3  noticed he or she was having difficulty hearing?
4     A. Yes. Sometimes that comes up just
5  without me asking it separately. Some patients
6  may not have noticed the hearing loss themselves,
7  but family members are complaining, either that
8  they don't hear well, or that the TV is too loud,
9  so that in many cases, the problem is brought to
10 the patient's attention by other people. It's
11 not an observation that they make on their own.
12    Q. Now in the instances when that fact is
13 not brought out by the patient themselves, do you
14 always ask the question if anyone else has
15 noticed you are having difficulty hearing?
16    A. I usually -- I believe I try to do that
17 consistently, yes.
18    Q. You mentioned also that you ask
19 patients whether their hearing difficulties are
20 of an equal level in both ears, correct?
21    A. Yes.
22    Q. What significance does that have to a
23 diagnosis of occupationally induced hearing loss?
24    A. Again, it helps me in formulating a
25 differential. For example, Meniere's disease

Page 117

1  will often affect one ear only, or one ear before
2  the second ear is affected. So again I'm coming
3  at it from a larger perspective; you know, trying
4  to narrow down the list of possibilities. And
5  the answer to that question, whether it's one ear
6  only or both ears, you know, it helps to
7  formulate the differential.
8        Occupational hearing loss, if both
9  ears are exposed to equal amounts of noise over a
10 period of time, then I would expect that two ears
11 should be roughly similar. They don't have to be
12 identical, but I would be surprised to see a
13 dramatic difference between the two ears in a
14 person whose exposure was to both ears over a
15 long period of time.
16    Q. How much of a spread between the
17 readings in either ear would be out of the
18 ordinary and would take it out of that reasonably
19 expected similarity for making that diagnosis?
20    A. You know, it would be hard for me to
21 give you a number. Obviously the greater the
22 spread, the less likely it is that one could
23 attribute it to noise exposure. Unless the
24 patient can account for it. So that if the
25 patient, for example, is a machine operator, and

Page 118

1  the engine is just in their right ear, they --
2  the engine noise is coming mainly from one side,
3  then it could account for a greater loss in the
4  right ear perhaps than the left ear. But there
5  is some difference in sensitivity between two
6  ears on the same patients and between patients,
7  and in that you can expose the two ears on one
8  person to the same noise over time or to
9  different patients over time and not get
10 identical hearing losses.
11     Q. All right.
12     A. So I would say, you know again I would
13 expect to see a smaller difference between the
14 two, but it's hard to give you an exact number.
15     Q. Now if both ears on a patient would
16 have been exposed to essentially an equal amount
17 of noise over a period of time, would you expect
18 audiogram results to be roughly similar?
19     A. Roughly similar, yes. Again, with the
20 modest variability that we discussed.
21     Q. In explaining what goes on during the
22 course of your interview with a patient, you
23 stated that you would ask him under what
24 circumstances the hearing loss was most
25 noticeable, correct?

Page 119

1     A. Yes.
2     Q. Are there certain circumstances where
3  hearing loss is most noticeable that are more
4  typical of occupationally induced hearing loss
5  than others?
6     A. In a general sense, I would say yes.
7  In that higher frequency hearing losses are more
8  perceptible in some situations than others.
9  There are a number of causes of high frequency
10 hearing loss, however, so the settings in which
11 these individuals would have difficulty hearing
12 are not unique to this group of people.
13        So that a person, for example, who
14 has a high frequency loss secondary to
15 degenerative change is going to have difficulty
16 hearing in the same kinds of situations that a
17 person with noise induced hearing loss is going
18 to notice the same difficulties.
19     Q. So from that standpoint alone, if a
20 patient relays to you instances where they
21 experience difficulty hearing, solely based on
22 that anecdotal information, you would not be able
23 to determine whether that was a degenerative or a
24 noise induced hearing loss; is that correct?
25     A. That's correct.

Page 120

1     Q. And you also stated that you discuss a
2  patient's medical history with them during your
3  initial consultation?
4     A. Yes.
5     Q. How in-depth do you usually get in
6  asking about their medical history?
7        MR. PERRY: Object to the form.
8  How long is a piece of string? You can answer
9  that question.
10    A. You mean problems outside of the
11 hearing loss? You mean questions regarding heart
12 disease and blood pressure problems?
13    Q. Sure, I'll rephrase the question. When
14 discussing medical history with a patient, what
15 sort of questions do you ask them about their
16 medical history to elicit information that you
17 find useful?
18    A. Well, I inquire about major organ
19 systems, as a matter of routine. Not so much
20 specific to hearing loss. So I don't get into
21 great detail regarding other organ systems,
22 simply because it's not generally pertinent to
23 the problems that I'm dealing with. I have to
24 know that information if I'm going to prescribe
25 medication, for example, that may adversely react

Page 121

1  with something they're already taking, or may
2  potentially affect something they're already
3  taking, or may exacerbate an underlying medical
4  problem. That's the main reason that I ask those
5  questions.
6     Q. Okay. From your earlier testimony
7  discussing your typical visit with a
8  patient/plaintiff, I believe you stated you would
9  ask about ear infections, middle ear diseases,
10 and I believe you also mentioned cardiac
11 conditions and you just mentioned organ systems
12 related to hearing. Are there other specific
13 areas of medical history that you will inquire
14 about during a consultation, initial consultation
15 with a patient?
16    A. Nothing that hasn't been documented in
17 the records.
18    Q. And by nothing that hasn't been
19 documented in the records, which records are you
20 talking about?
21    A. The patient files that you have copies
22 of.
23    Q. Okay. And that would be based upon
24 your interview with the individual patient?
25    A. Right. Yes.

Page 122

1   Q. And they would be telling you about
2  their medical history, specifically responding to
3  questions regarding heart trouble, ear
4  infections, middle ear diseases, things such as
5  that?
6   A. Yes.
7   Q. Would you ask them about prior personal
8  injuries?
9   A. I will often ask if it's a hearing
10 problem, if they've had any head injuries.
11 Particularly if the hearing loss was of sudden
12 onset.
13  Q. Now the history given to you by a
14 patient of their medical history as well as the
15 history of their experience with hearing
16 difficulty, that's based only upon what that
17 patient tells you, correct?
18  A. Yes.
19  Q. And if that patient is inaccurate in
20 any respect as far as his history goes, that
21 could affect your ability to accurately diagnose
22 a problem; is that correct?
23  A. That's correct.
24  Q. Okay. Again, just stepping back to
25 Meniere's disease, can Meniere's disease be noise

Page 123

1  induced? Is that one of the -- could that be one
2  of the causes of that disease? I know we
3  discussed it earlier.
4       MR. PERRY: Objection to form.
5  You can answer.
6   A. I think that there is very, likely very
7  little association between noise exposure and
8  Meniere's disease. There has been, as I
9  mentioned in the case that I was involved with a
10 number of years ago, there has been some
11 association between direct trauma to the head,
12 for example, physical trauma and Meniere's
13 syndrome, but I'm not aware actually of any
14 association between noise exposure and Meniere's
15 disease.
16  Q. Doctor, you testified when you're
17 having your initial consultation with a patient
18 and particularly in these situations, with these
19 railroad employees, you would ask them about the
20 nature of their occupation; is that correct?
21  A. Yes.
22  Q. Prior to beginning to see the clients
23 referred by Cahill & Goetsch, what was your
24 knowledge of railroad operations and railroad
25 occupations in general?

Page 124

1   A. It was very limited. I had seen over
2  the years before I started seeing these patients,
3  an occasional railroad worker. Just as part of
4  my practice, who related to me their job
5  description, and a description of the noise that
6  they were exposed to. The rest of it just would
7  come from my own limited personal exposure to
8  being near railroad tracks, and trains as they've
9  come by, and construction, railroad construction
10 sites. My home is about 60 yards from a railroad
11 track, and Amtrak came through and laid new bed,
12 new track all the way up to Boston right by my
13 house and listening to that going on all night.
14  Q. When did that take place?
15  A. I think that was about four years ago.
16 I'm not certain. But a lot of the work was done
17 in the middle of the night. It was quite loud.
18  Q. Approximately how much time did you
19 spend sort of eyeballing what they were doing?
20  A. I didn't really spend too much time
21 looking at it. I was mostly listening to it
22 because it was -- I was trying to sleep at the
23 time.
24  Q. And just by listening to it, you
25 weren't able to differentiate between different

Page 125

1  types of machinery, were you?
2   A. No. There were different types of
3  noises though. There was -- there were grinding
4  noises. Pounding noises, I don't know whether
5  those were poles that were being set into the
6  ground or -- then there was diesel engine noise,
7  so there were some noises that I could certainly
8  separate out, but I couldn't tell you what kinds
9  of equipment they were attached to.
10  Q. Aside from that experience, and your
11 personal experience as you said being near train
12 tracks, trains going by, is it fair to say that
13 your knowledge of railroad equipment and the
14 noises produced by railroad equipment was solely
15 imparted to you by the patients that you've seen
16 in consultation?
17  A. That would probably be accurate, yes.
18  Q. Okay. At any point prior to beginning
19 to see the patients referred by Cahill & Goetsch,
20 did Cahill & Goetsch or anyone else provide you
21 with any overview materials with regard to
22 railroad equipment or the noise levels of
23 railroad equipment?
24  A. Not that I read certainly.
25  Q. When you would talk to a patient, a

Page 126

 1  railroad employee patient with regard the his
 2  noise exposure on the railroad, would you take
 3  notes on the types of machinery and the types of
 4  noise that he worked with?
 5     A.  Yes.
 6     Q.  And those would be contained in your
 7  handwritten notes?
 8     A.  Handwritten and perhaps in summarized
 9  form and typewritten notes.
10     Q.  And in addition to the types of
11  equipment used by or -- used by patients or
12  patients were exposed to, what other information
13  relative to noise exposure would you ask them
14  about during a consultation?
15     A.  Well, I would ask them not only the
16  types of equipment they worked with, but over
17  what period of time.  So that I was concerned not
18  only about the intensity of the exposure, but the
19  duration.  I did ask them during their period of
20  employment with the railroad, what various job
21  functions they performed.  And the levels of
22  noise in each function.
23         And also inquired prior to
24  beginning work for the railroad, were they
25  employed by other companies where they were

Page 127

 1  exposed to noise, whether the military service,
 2  recreational shooting.  I tried to be consistent
 3  about asking them.  And unusual exposure to power
 4  equipment, for example at home and so forth.
 5     Q.  Was it your practice in seeing the
 6  patients referred to you by Cahill & Goetsch, to
 7  take detailed notes relative to the titles of
 8  positions that plaintiffs held on the railroad?
 9     A.  I'm not sure if I wrote down the exact
10  title of the job description, but I tried to get
11  a good idea of what was involved in their work,
12  yes.
13     Q.  Would you write down detailed notes
14  based on -- would you write down detailed notes
15  documenting what they told you about the
16  different types of machinery that they either
17  operated or were exposed to?
18     A.  Yes.  As they provided it to me.  Some
19  of the individuals provided more detailed
20  information than others.  Some of them would only
21  specifically mention one or two types of
22  equipment and other ones would mention four or
23  five.
24     Q.  And when a patient was able to give you
25  information relative to the amounts of time he

Page 128

 1  was exposed to workplace noise, would you take
 2  detailed notes on that as well?
 3     A.  I took notes based on the time that
 4  they performed that job, meaning the years that
 5  they worked as -- worked doing track work, for
 6  example, or doing signal work.  I didn't
 7  specifically inquire as to how many hours per
 8  eight-hour workday they were exposed to different
 9  levels of noise.
10     Q.  Did you ask them in what sort of
11  proximity they worked to the machines or
12  equipment producing that noise?
13     A.  Just in general terms.  If they were
14  the operator of the equipment, for example.  Or
15  working near it, but I didn't ask more detailed
16  questions than that.
17     Q.  Would you generally ask these patients
18  or plaintiffs in these suits whether in the work
19  they were involved in, whether they were exposed
20  to noise that was outside versus inside?
21     A.  Sometimes that came up.  Sometimes if
22  they were in a work shop, for example, that was
23  obvious that it was an indoor facility.  Track
24  work would usually be outside.  It did come up at
25  times but I don't believe I was consistent about

Page 129

 1  asking that specific question.
 2     Q.  Would working around noise producing
 3  equipment inside have a different effect in
 4  causing occupational induced hearing loss than
 5  working around equipment that was outside?
 6         MR. PERRY:  Objection to form.
 7  You can answer if you understand it.
 8     A.  Well, the question really relates to
 9  whether the echos example or reverberation of
10  sound produced in an indoor facility that one
11  would not experience in an outdoor setting would
12  have a mirrored effect on the overall hearing
13  loss.  Yes, I suppose it would but then you have
14  to control for intensity levels, all the other
15  factors.  Duration, the type of noise, broad
16  brand, narrow brand.  Impulse noises.  I can't --
17  you'd have to know a lot more information to know
18  what the implications of that are in an
19  individual situation.
20     Q.  If I understand you correctly, that
21  would be more in line with inside noise or both?
22     A.  What would be more in line with inside
23  noise?
24     Q.  The description you just gave about the
25  particular variables?

Page 130

1  A. No. That could be -- those types of
2  noise could be generated in any setting. It's a
3  function of the nature of the equipment that's
4  being used rather than whether it's indoors or
5  outdoors.
6  Q. And would those variables have an
7  effect on the levels of occupationally induced
8  hearing loss suffered by an individual?
9  A. Repeat the question.
10      MR. SUTTON: Could you read it
11 back.
12      (Above question read)
13 A. Yes. In the sense that different types
14 of noise as well as duration of exposure and
15 intensity all have an effect on the degree of
16 hearing loss that's sustained. I think whether
17 it's indoors or outdoors would not be the major
18 issue though.
19 Q. In your opinion, what would the major
20 issue be then?
21      MR. PERRY: Objection to form.
22 A. The --
23      MR. PERRY: Major issue as to
24 what?
25 A. The major issue, major contributing

Page 131

1  factors to hearing loss would be the duration and
2  intensity of noise exposure. Over time.
3  Q. Getting back to the specific medical
4  questions you would discuss with individuals when
5  they came in to see you, you discussed cardiac
6  conditions. What effect would suffering a
7  cardiac disease or problem have on making a
8  diagnosis of occupational hearing loss?
9  A. There's probably very little
10 association that we know of between cardiac
11 conditions and hearing loss.
12 Q. How about high blood pressure?
13 A. Same thing.
14 Q. Diabetes?
15 A. Same thing.
16 Q. Thyroid condition?
17 A. There is an inherited form of hearing
18 loss associated with thyroid disorders, which
19 usually produce hearing loss at a very young age,
20 in a childhood, so that would not apply in these
21 situations. The usual thyroid conditions that we
22 see in adults do not significantly affect hearing
23 particularly.
24 Q. How about smoking cigarettes? Does
25 that have any effect on a diagnosis of

Page 132

1  occupational or high frequency hearing loss?
2  A. The data do not suggest that there is a
3  clear connection between smoking and hearing
4  loss.
5  Q. How about alcohol consumption? Is
6  there any -- and hearing loss?
7  A. The same applies.
8  Q. You mentioned that one of the other
9  questions you ask patients is about what sort of
10 drugs they take, and whether those drugs can be,
11 can affect hearing. What sort of drugs may
12 affect or cause hearing loss?
13      MR. PERRY: Objection. You mean
14 any type of hearing loss or high frequency
15 hearing loss?
16 Q. High frequency hearing loss, thank you.
17 A. The drugs which would cause a permanent
18 high frequency hearing loss are mainly drugs that
19 fall into the category of amino glycoside
20 antibiotics.
21 Q. I'm sorry?
22 A. Amino glycoside antibiotics. And
23 certain of the cancer, chemo therapy agents.
24 Platinum being an example. The platinum drugs.
25 There are other medications which can cause

Page 133

1  temporary hearing loss, across a broader
2  frequency spectrum, that are taken orally.
3  Aspirin, for example, taken in large doses can
4  calls a temporary broader frequency hearing loss,
5  as can erythromycin taken in large doses. A
6  certain form of erythromycin.
7       But the drugs that are most
8  commonly implicated in generating permanent high
9  frequency sensorineural losses are drugs that are
10 given either intravenously or intramuscularly, so
11 when I ask patients about exposure to such drugs,
12 I don't ask them if they ever received
13 gentamicin, for example, because they probably
14 wouldn't know that but I probably do ask them if
15 they've ever been hospitalized for the treatment
16 of any serious infections, for example. And then
17 I can make an estimate, make an educated guess as
18 to whether the medications that may have been
19 administered while they were hospitalized for
20 that infection would be antibiotics likely to
21 have caused hearing loss.
22 Q. In several of your reports, Doctor,
23 I've noticed the term "ototoxic drugs?"
24 A. Yes.
25 Q. Of the drugs that you just discussed,

Page 134

1  are all of them ototoxic or are certain of them
2  considered ototoxic drugs?
3      A.  Well, any drug which can cause hearing
4  loss whether it's permanent or temporary is
5  considered ototoxic.
6      Q.  Aside from the drugs that you just
7  previously discussed, are there any other
8  commonly administered ototoxic drugs that you can
9  list?
10         MR. PERRY:  Objection.
11     A.  The only other one that is commonly
12 administered that can cause a temporary loss is
13 furosemide.  It's a diuretic.
14     Q.  Can a consumption of illegal drugs
15 cause high frequency hearing loss?
16     A.  There are perhaps isolated reports of
17 such drugs causing hearing loss, but I do not
18 believe there is a common association between the
19 use of elicit drugs and sensorineural hearing
20 loss.
21     Q.  Are you aware of any connection between
22 the use or abuse of prescription pain medication
23 and high frequency hearing loss?
24     A.  No, I'm not aware.
25     Q.  How does a history of familial hearing

Page 135

1  loss play into a diagnosis of high frequency
2  hearing loss?
3      A.  Well, if a -- if an individual has a
4  family history of hearing loss affecting younger
5  or middle-aged family members, then I have to
6  consider that the patient that I'm examining may
7  have the same type of problem.  And inherited
8  inner ear hearing losses can be of different
9  types.  Some affect high tones more than low
10 tones.  In some cases it's the opposite.  And it
11 can be helpful to see a hearing test from another
12 family member, if that family member does have
13 what is felt to be an inherited form of hearing
14 loss.
15     Q.  In any of the railroad plaintiffs that
16 you saw in these cases, did you have occasion to
17 seek out the audiogram results of any of their
18 family members?
19     A.  I had occasion to inquire about it, but
20 I don't recall ever receiving a hearing test
21 result from another family member.
22     Q.  With regard to family histories of
23 degenerative ear disease, would that be --
24 Withdrawn.  Can degenerative hearing loss be
25 considered a hereditary condition?

Page 136

1      A.  Yes.  Clearly there are people whose
2  hearing loss at any given age; 60, 70, 80, would
3  be greater than one would anticipate simply from
4  age related changes alone, and from any other
5  contributing factors that might come up in the
6  history.
7      Q.  Typically when does degenerative high
8  frequency hearing loss begin to evidence itself?
9      A.  On an audiogram or clinically?
10     Q.  Let's take both.  One at a time if you
11 will.
12     A.  I think on an audiogram, one could
13 probably measure high frequency losses specially
14 beyond the tested, the usually tested spectrum,
15 when you get up to 10, 12, 14,000 hertz, it could
16 be starting in the teens or 20s.  The data that
17 have been published on well controlled
18 populations regarding the progression of
19 degenerative change suggests that the highest
20 tones are the losses in those, I don't remember
21 exactly the earliest ages, but it's probably in
22 the late 40's to up around 60, you can start
23 measuring high tone hearing loss beyond the
24 speech frequencies.
25     Q.  And with regard to hertz, what sort of

Page 137

1  hertz are we talking about?
2      A.  8,000.
3      Q.  And that data that you are mentioning,
4  can you identify it as far as a specific study or
5  specific text?
6      A.  There were some summary articles,
7  summaries of the pertinent articles in the
8  reference that I indicated before by Robert
9  Dobie.
10     Q.  D O B Y?
11     A.  D O B I E.
12     Q.  And with regard to the second part of
13 your answer, to the initial question, as far as
14 when, at what age December it first appear to
15 evidence itself, chronically you said?
16     A.  Clinically.  I mean by that I meant at
17 what age do most people begin to perceive a
18 hearing problem.  And I think that, again I can't
19 give you an exact figure, but I would say that
20 maybe a third of people over the age of 60
21 perceive some situations where they have faulty
22 hearing or beginning around that age and the
23 older they get, the higher the percentage is of
24 people who perceive a problem.
25     Q.  Are you using 60 as a low end of the

Page 138

1  scale for those people, or is 60 in the middle of
2  that scale of people that would begin to
3  experience that?
4      A.  No.  60 is the lower end.  So I mean
5  it's possible for example, if you took people who
6  were 55, it might be 10 percent or 15 percent,
7  and then as you get older, a larger and larger
8  percentage of people over the next 20, 30 years,
9  will perceive difficulty hearing.
10     Q.  A couple of questions back, when you
11 were talking about the high frequency hearing
12 loss evidenced on audiograms, with regard to
13 degenerative hearing loss, you talked about
14 people in their late 40's to '60s beginning to
15 see diminished hearing in the ranges from 10,000
16 to 14,000 hertz?
17     A.  No.  I was referring to younger
18 individuals for that.  I was -- that was -- I was
19 thinking of in the late 40s to 60s range, I was
20 thinking of hearing losses in the 6,000 to 8,000
21 hertz range that are measurable on a routine
22 audiogram.
23     Q.  At what age would it be typical of
24 people who were suffering from degenerative
25 hearing loss to show deficiencies at the 4000

Page 139

1  hertz range?
2      A.  You mean a third of people or a half of
3  people?
4      Q.  Well, I guess when you say in
5  responding to the earlier question, if I
6  understood you correctly, and please correct me
7  if I didn't, I thought that your answer was that
8  on an audiogram, on an audiogram of individuals
9  suffering from degenerative high frequency
10 hearing loss, in their late 40s to their 60s, you
11 would see deficiencies at 6,000 to 8,000 hertz?
12     A.  Yeah.  You begin to see declines,
13 starting in, you know, 40s and then progressing
14 as they get older.  The nature of the hearing
15 loss in those frequencies though is such that
16 many patients, if the loss is limited to those
17 frequencies will not notice it until the loss
18 becomes fairly severe, because those frequencies
19 are predominantly above the speech frequencies.
20 So that they begin to notice it mainly in what
21 are already very challenging listening
22 situations.
23     Q.  Okay.  When you use the term "speech
24 frequencies," what ranges are the speech
25 frequencies?

Page 140

1      A.  The generally accepted speech frequency
2  range is about 500 to 3,000 hertz, for most
3  information that's important for comprehending
4  speech.
5      Q.  For the typical person experiencing
6  high frequency hearing loss of a degenerative
7  nature, at what age typically would they see on
8  an audiogram deficiencies at the 4,000 hertz
9  range?
10     A.  Well, I would say just from my own
11 practice, that most of the people who come in for
12 hearing loss, that either they or family have
13 noticed based on degenerative changes primarily
14 are in their 60s or 70s.
15     Q.  And is it your experience that those
16 individuals would exhibit the deficiency at 4,000
17 hertz on an audiogram?
18     A.  That would be likely one of the
19 frequencies affected by the overall loss, yes.
20 With degenerative loss, typically the higher the
21 frequency the more severely affected it is.
22     Q.  Are there childhood illnesses that
23 could cause high frequency hearing loss?
24     A.  There are such illnesses, yes.
25 Fortunately they're very uncommon.  Especially

Page 141

1  these days.  But in the past we used to see
2  hearing loss caused by mumps, measles, and even
3  now infrequently from meningitis.  Those would be
4  the more common ones.  In some cases, where
5  children have had frequent middle ear infections,
6  there is some usually very modest high frequency
7  loss.
8      Q.  Did I understand correctly that mumps
9  and measles as a childhood disease that could
10 cause high frequency hearing loss is more of an
11 older phenenom than a present?
12     A.  Yes.  It could affect the lower
13 frequencies as well, but there are vaccinations
14 against both of those illnesses now, so that we
15 don't see the numbers of children with those,
16 with mumps and measles as we used to years ago.
17     Q.  When you say --
18         MR. PERRY:  Break?
19         MR. SUTTON:  One more question?
20         MR. PERRY:  Sure.
21     Q.  When you say years ago, what sort of
22 range of years are you talking about?  A decade
23 or a period of time?
24     A.  Well, I don't know when the measles and
25 mumps vaccines were introduced, but I would guess

Page 142

1  it's been at least 30 years. And I would also
2  say that most kids who had measles and mumps
3  would not get high frequency hearing loss either.
4  It was still a relatively rare phenomenon even in
5  those individuals.
6         (Recess taken: 3:30-3:36 p.m.)
7     Q. Before we took a break, you were
8  telling me about that prior to the prevalence of
9  vaccines for mumps and measles, it was possible
10 that a child suffering from either of those
11 diseases could sustain permanent hearing loss
12 from those diseases, correct?
13    A. Yes.
14    Q. Do you have an estimate as to how
15 frequently that would occur in the population at
16 that time?
17        MR. PERRY: Objection. Talking
18 about any hearing loss or high frequency hearing
19 loss?
20    Q. First we'll go with any hearing loss.
21    A. I think it would be a very small
22 percentage. A very few percent at most.
23    Q. How about solely high frequency hearing
24 loss?
25    A. Again, less than probably 1 percent

Page 143

1  would be my estimate.
2     Q. Aside from mumps and measles, prior to
3  the prevalence of effective vaccines for those,
4  and meningitis, are you able to state or able to
5  identify any additional childhood diseases that
6  can cause high frequency hearing loss?
7     A. I'll mention otitis media.
8     Q. And that is middle ear disease?
9     A. Yes.
10    Q. All right.
11    A. That typically tends to be very modest
12 and seen mainly in children who have had a number
13 of ear infections.
14    Q. To your knowledge, has the frequency of
15 children suffering from multiple middle ear
16 infections increased over the past 30 years or
17 has there been a decrease in that number?
18        MR. PERRY: Objection to form.
19 Are you talking about children as a percentage of
20 the population or children without controlling
21 the population?
22    Q. I'm asking from a general sense, as far
23 as, I guess the more basic way to state the
24 question is 30 years ago, to your knowledge, did
25 children get more ear infections than they do

Page 144

1  now?
2     A. I do not believe they did, no. I think
3  there may actually be a somewhat larger number of
4  middle ear infections identified now amongst the
5  pediatric population than in the past. Some of
6  that may be simply more accurate diagnosis. It
7  could be related in part to just the general
8  climate of opinion, where parents want to have
9  medical problems dealt with. They take them to
10 the doctor rather than treating them at home.
11        I think the exposure to daycare
12 centers and many other children, with colds,
13 which are certainly correlated with middle ear
14 infections probably is responsible for some of
15 this.
16    Q. Would a middle ear infection that
17 lasted longer due to a lack of medical treatment
18 be more likely to cause high frequency hearing
19 loss than a middle ear infection that was
20 addressed with medication earlier?
21    A. I think there is a very slight increase
22 in risk. Simply because most middle ear
23 infections will resolve spontaneously. Without
24 treatment.
25    Q. Are there typically adult illnesses

Page 145

1  that can cause high frequency hearing loss?
2     A. Yes.
3     Q. Could you identify those for me,
4  please?
5     A. Well, we've talked about two of them
6  already. Degenerative changes and noise
7  exposure. Meniere's disease can cause a high
8  frequency loss, but tends to actually more likely
9  affect the lower frequencies in the early stages,
10 and then as it progresses, affects all of the
11 frequencies across the measured spectrum.
12    Q. All right.
13    A. There are autoimmune disorders, such as
14 Cogan syndrome, which can cause sensorineural
15 loss. Which can include the high frequencies but
16 is not limited to the high frequencies. There is
17 a disorder called sudden sensorineural hearing
18 loss syndrome, which can affect any portion of
19 the hearing spectrum. It may be high tone, may
20 be low tone, or even middle tones, sparing the
21 lower and upper tones. There are disorders of
22 bone metabolism like otoscleroses, classically
23 causes a conductive or mixed hearing loss,
24 including bone conductive and sensorineural
25 elements which can include the high tones.

Page 146

1    Ototoxic drugs we talked about in
2  detail. There are also chemicals which can cause
3  sensorineural hearing loss. Industrial solvents.
4  I have not had much exposure to those in my
5  practice. But chemicals such as toluene and
6  xylene can both cause hearing loss.
7     Q. Do you know what those chemicals are
8  primarily used for, in what situations?
9     A. I don't know what their applications
10 are. I just recall reading about them in the
11 past.
12    Q. Can high frequency hearing loss occur
13 in an individual who is exposed to a single brief
14 loud noise, such as a gunshot?
15    A. Yes.
16    Q. And would that high frequency hearing
17 loss then be permanent?
18    A. Well, using the example of a gun shot,
19 it would usually not be after one single
20 exposure. It would normally be after many, many
21 exposures. But the general answer to your
22 question is that a single very loud noise can
23 cause permanent sensorineural hearing loss. For
24 example, a firecracker going off next to your ear
25 would be a potential cause of permanent hearing

Page 147

1  loss. After a single explosion.
2     Q. When you talk about the gunshots, you
3  said not really permanent after a single
4  exposure, but after many, many exposures to a
5  gunshot. When you say many, how many or how
6  often do you mean?
7     A. Well, there is some literature on that,
8  but I'm not familiar with it in detail. But my
9  recollection is that it normally requires, you
10 know, perhaps hundreds of exposures, dependent
11 upon the caliber of the weapon used. For
12 example, a 22 caliber rifle is not going to
13 generate as much noise as a 30 X 6 or a 12 gauge
14 shotgun. So obviously there would be
15 proportionately fewer exposures required, the
16 louder the weapon is that's being fired.
17    Q. Do you recognize the American College
18 of Occupational Medicine to be an authority with
19 respect to occupational hearing loss?
20    A. Well, I would say that in a general
21 sense. I don't know that I would agree with
22 every conclusion and definition that they have.
23    Q. Is there a definition promulgated by
24 another organization that you more closely agree
25 with, with regard to occupational hearing loss?

Page 148

1     MR. PERRY: Objection to form.
2  What was the name of the group?
3     (Question read.)
4     MR. SUTTON: American College of
5  Occupational Medicine.
6     MR. PERRY: Thank you.
7     A. I wouldn't say that there's a single
8  other agency or source that I agree with 100
9  percent. My conclusions regarding occupational
10 hearing loss really represent a -- it's a
11 distilling really of my readings and training and
12 experience over the years as well as familiarity
13 with their guidelines and definitions.
14    MR. SUTTON: Could you mark this
15    (Defendant's Exhibit 19 marked
16    for identification).
17    Q. Before we move on to that document,
18 when you were discussing other guidelines by
19 other professional organizations in the field
20 of -- or that deal with hearing loss, aside from
21 the American College of Occupational Medicine,
22 what other standards or criteria for occupational
23 hearing loss are you aware of?
24    A. Well, there are the OSHA requirements,
25 which require exposure of not more than 90 db for

Page 149

1  eight hours, and then include a trading value of
2  time versus intensity, so that for every 5 db
3  increase in noise intensity, the allowable time
4  of exposure is cut in half. So that they will
5  permit up to eight hours at 90 db, four hours at
6  95 db, two hours at 100 db, and so forth. These
7  recommendations, these standards by OSHA
8  represented a compromise in that the implication
9  of those standards is that people can safely
10 withstand noise exposure of up to 90 db for eight
11 hours, but that's not true for everybody.
12    Hearing loss can be measured in a
13 small percentage of individuals over time with
14 exposures of 85 db, for eight hours a day. So
15 that the standard for OSHA is felt to protect
16 probably 85 to 90 percent of the workers from
17 noise induced hearing loss.
18    The International Organization of
19 Standards I believe is the name of the
20 organization that have proposed not a 5 db, but a
21 3 db trading value, but intensity goes up, it
22 doubles not every 5 db but every 3 db so they
23 were suggesting that rather than using a trading
24 value of 5 db, it should be as low as 3. So it's
25 not a field where there's universal agreement as

**Page 150**

1 to the standards that should be put in place.
2    Q.  All right.
3    A.  I do have some familiarity with the
4 American College recommendations that you
5 referred to.
6    Q.  In what's been marked as Exhibit 19,
7 which was an expert disclosure filed in a case
8 that has since been withdrawn, Joseph Sataloff,
9 M.D., in his report, has a section which is the
10 biggest paragraph on the page, where he lists the
11 criteria enabling a physician to make a
12 differential diagnosis of occupational hearing
13 loss.
14    A.  Uh-huh.
15    Q.  And the source of that criteria he
16 lists as the the Hearing Conservation Committee
17 of the American College of Occupational Medicine.
18 And that's back from I guess 1987. It appears to
19 list eight points. Of those eight criteria that
20 are listed in that section, are there any that
21 you object to or take issue with as far as
22 relying upon to make a differential diagnosis of
23 occupational hearing loss?
24    A.  Well, there are three here that I would
25 want to clarify. Item number 3 indicates a

**Page 151**

1 symmetrical or nearly symmetrical hearing loss in
2 both ears. That alludes back to an earlier
3 discussion that we had regarding how close do
4 they have to be to be considered noise induced.
5 And I agree with the statement here, as a
6 qualitative rather a quantitative definition of
7 nearly symmetrical, so that allows for some
8 variation.
9    Q.  Probably a good way to do it for the
10 record would be to if I could take you through
11 the eight points. As I said there are eight
12 points listed for enabling a physician to make
13 that differential diagnosis of occupational
14 hearing loss.
15         Would you agree that the first
16 enumerated point which is significant exposure to
17 hazardous occupational noise, is necessary to
18 enable a physician to make that diagnosis?
19    A.  Yes.
20    Q.  Number 2 is the gradual onset of
21 hearing loss. Would you agree with that?
22    A.  Yes. There could be a case in which a
23 person as part of his occupation was exposed to
24 noise of an explosion. It's not normally
25 considered part of occupational hearing loss.

**Page 152**

1 It's termed slightly differently, but generally
2 the noise exposure from the sort of machinery
3 that we're talking about would cause a gradual
4 hearing loss, yes.
5    Q.  And the third criteria which is listed
6 as a symmetrical or nearly symmetrical hearing
7 loss in both ears. Now in response to when I
8 asked your opinion on that, you had said that you
9 would agree with that in a qualitative sense
10 rather than a qualitative sense?
11    A.  Well, nearly symmetrical is a
12 qualitative description.
13    Q.  Right.
14    A.  Doesn't give a number. But yes, I
15 would like to see them, the two ears have fairly
16 similar hearing loss patterns.
17    Q.  Number 4, hearing loss at approximately
18 4,000 hertz. Commonly referred to as a hearing
19 loss "notch". Do you agree with that? Would you
20 agree that that is a criteria that enables a
21 physician to make that diagnosis of occupational
22 hearing loss?
23    A.  Yes. Hearing loss need not be limited
24 to 4,000 hertz but it should include 4,000 hertz.
25    Q.  All right.

**Page 153**

1    A.  And it need not be maximal at 4,000
2 hertz. The frequencies that are felt to be most
3 sensitive to noise exposure are in the 3,000 to
4 6,000 hertz range. But certainly 4,000 hertz is
5 often the most severely affected frequency.
6    Q.  The 5th listed criteria is that
7 occupational hearing loss -- occupational hearing
8 loss is not progressive after a maximum loss is
9 incurred approximately 10 to 12 years after
10 initial exposure. Do you agree with that as a
11 criteria for making a diagnosis?
12    A.  I would disagree with that.
13    Q.  And how would you disagree with that?
14    A.  I would agree in that most of the
15 hearing loss indeed incurred in the first decade
16 or so, 10 to 15 years. The loss may indeed
17 progress after that though. It's just at a
18 slower rate. But to say that it is not
19 progressive after 10 to 12 years is clearly in
20 accurate.
21    Q.  So would it be fair to say then that
22 after that initial first decade or so, you would
23 be able to see that hearing loss reflected on an
24 audiogram?
25    A.  You may see it given constant exposure,

Page 154

1  the same exposure as during the first few years.
2  There may be some continuation of the hearing
3  loss observed during the first decade but at a
4  smaller rate of change.
5      Q. And to the extent that your opinion
6  differs with that statement that the hearing loss
7  is not progressive, what is the basis for that
8  opinion?
9      A. Studies which have documented that the
10 progression can continue after the first decade.
11     Q. Are you able to identify those studies
12 as we sit here today?
13     A. The ones that I recall seeing about the
14 subject are in the reference listed by Robert
15 Dobie.
16     Q. The 6th criteria listed on this sheet
17 or by the American College of Occupational
18 Medicine is that speech discrimination scores are
19 generally not severely affected. Before I ask
20 you whether you agree or disagree about that as
21 part of the criteria, could you explain to me
22 exactly what speech discrimination scores are in
23 this context?
24     A. When thinking about hearing loss, we
25 consider two general types of difficulty in

Page 155

1  hearing. The first type is a loss of volume.
2  The second is the loss of clarity. And the
3  discrimination score is a measurement of clarity.
4  So for example, if one has normal hearing, I may
5  not be able to hear a conversation going on down
6  the hallway, but if they speak at a louder
7  volume, I may be able to then understand
8  everything that's said.
9           A loss of discrimination by
10 contrast would be exemplified by tuning into a
11 very distant radio station where there's a lot of
12 static, that's coming through as well as spoken
13 voice, for example. And in that setting, I may
14 be able to turn the volume up on the radio but
15 the sound doesn't get any clearer than it was
16 before. Beyond a certain point.
17          So that getting back to this item,
18 discrimination scores are measured by having the
19 subject repeat words back that are spoken to them
20 by the audiologist or played on a recorder. The
21 discrimination score is a percentage based upon
22 the number of words correctly repeated back
23 divided by the total number of words spoken.
24 Total number of words presented to them.
25     Q. Thank you. So with regard to number 6,

Page 156

1  which was that speech discrimination scores are
2  generally not severely affected, do you agree
3  that that is a necessary criteria that allows a
4  physician to make a diagnosis of occupational
5  hearing loss?
6          MR. PERRY: Objection to form.
7  You can answer.
8      A. I think in a test booth situation that
9  is usually true, yes. In a real world setting,
10 where the affected individuals have difficulty
11 hearing in the background noise settings, the
12 discrimination ability may not be as good as
13 indicated on an audiogram. Audiograms are done
14 in sound booths, where there's no background
15 noise.
16     Q. Number 7, the maximum amount of hearing
17 loss caused by occupational noise exposure to the
18 loudest noises is 40 decibels in the speech
19 frequencies and 76 decibels in the higher
20 frequencies. Would you agree with that as a
21 criteria?
22     A. I'm not sure that I could defend the
23 specific numbers given, but I think generally I
24 would agree with the ranges discussed here.
25     Q. Okay. Are there numbers that you feel

Page 157

1  are more appropriate?
2      A. No. These numbers are specific to the
3  decibel. I think that's very difficult to
4  establish. But certainly 40 decibel for lower
5  frequencies, you know, 70, 75, 80 for higher
6  frequencies seems to be in the right ballpark.
7      Q. The 8th criteria is occupational
8  hearing loss does not progress once the subject
9  is removed from the noisy environment. Do you
10 agree with that?
11     A. Yes, I did agree with that.
12     Q. Aside from the Dobie text that we've
13 discussed earlier, does your personal library
14 contain any texts regarding occupational hearing
15 loss?
16     A. I think I referenced the edition of the
17 Otolaryngology Clinics of North America from the
18 1970s. There are a series of articles in there
19 on occupational noise exposure.
20     Q. And as -- I also note that you
21 referenced the text by Shucknecht, would that be
22 one as well?
23     A. That was on the subject of noise
24 induced hearing loss. It really did not address
25 in any detail at all occupational noise exposure.

Page 158

1  I mean it did reference patients who had been in
2  the boiler maker industry, I believe, and some
3  other industries, but it referenced them only to
4  exemplify the effect of noise on hearing.
5      Q.  Were you ever involved in a study, a
6  research project concerning the effect of
7  occupational noise upon railroad workers?
8      A.  No.
9      Q.  Have you ever had the opportunity to
10 review the results of any such study or research
11 project?
12     A.  No.
13     Q.  All right.
14     A.  There is an article that I believe I
15 gave you a copy of, presentation to the American
16 Railroads from 1966, which I skimmed portions of
17 when I received it about a year and a half or two
18 ago, but I have not subsequently read it. That
19 would be the only railroad related article that I
20 can recall.
21     Q.  Are you aware of the methods of how
22 noise exposure is measured on the railroad?.
23         MR. PERRY:  Objection. Assumes
24 facts not in evidence. Assumes the railroad has
25 done a lot of measurements, but go ahead.

Page 159

1      A.  No. I'm not -- I'm aware of in a
2  limited sense of how noise levels are measured.
3  But I do not have knowledge specific to the
4  railroad industry.
5      Q.  And what is your understanding of how
6  noise levels are measured?
7      A.  Well, there are instruments called
8  sound pressure meters, which can be set out and
9  taken to areas in question and the sound levels
10 can be recorded and time averaged.
11     Q.  Have you ever participated in that
12 activity yourself?
13     A.  No.
14     Q.  A couple of times you've referred to
15 the Dobie text. Is Dobie considered to be a
16 leading expert in the field of occupational
17 hearing loss?
18     A.  He is considered to be amongst the most
19 knowledgeable people in my field. Yes.
20 Regarding occupational hearing loss.
21     Q.  And you mentioned that you possess a
22 copy of one of his texts. Is that the only text
23 of his that you possess?
24     A.  Yes.
25     Q.  Have you read that entire text?

Page 160

1      A.  No.
2      Q.  When did you first obtain that text?
3      A.  Oh, I've obtained portions of it,
4  copies of articles three to four years ago.
5      Q.  How did you come to obtain those
6  articles and those portions of articles?
7      A.  I attended a talk that he gave on the
8  assessment of -- assessment of hearing loss in
9  medical legal situations. That was a talk that
10 he gave at the American Academy of
11 Otolaryngology, head and neck surgery, I believe
12 it was four years ago, and I was given as a
13 participant in that talk, a handout, and
14 subsequently found some other references from the
15 handout.
16     Q.  That were contained in the Dobie text
17 that you owned?
18     A.  It's the same information.
19     Q.  Okay. So those would be excerpts I
20 suppose of the Dobie text that you own?
21     A.  I'm not sure if it's verbatim the same.
22     Q.  Do you know what year the edition is
23 that you own?
24     A.  I'm not sure what -- when it was
25 published exactly.

Page 161

1      Q.  Earlier you testified about the
2  audiometer that you own, and is kept at your
3  office. And I believe your testimony was you
4  first purchased that particular audiometer back
5  in 1989; is that correct?
6      A.  Correct.
7      Q.  Okay. Aside from routine maintenance,
8  in the approximately 15 years you've owned that
9  audiometer, have you have ever had to have it
10 repaired?
11     A.  There have been no significant repairs.
12 I mean the only problems that we've had with it
13 have been one of the jacks was -- didn't always
14 establish a tight contact, so that the gentleman
15 who did the calibration would check that and do
16 the necessary adjustments. But to my
17 recollection, did not require obtaining new
18 equipment or replacement parts.
19     Q.  Now the audiometer calibration
20 certifications that you produced, which have been
21 marked as Defendant's Exhibit 9, indicate that I
22 believe every single calibration sheet there was
23 performed by Instrumentation Services of New
24 England?
25     A.  Yes.

41 (Pages 158 to 161)

1-203-624-4157