# **APPENDIX C**

# Yale Occupational and Environmental Medicine
A PRACTICE OF THE YALE MEDICAL GROUP

135 College Street, Room 392
New Haven, Connecticut
06510-2483
(203) 785-4197 phone
(203) 785-7391 fax
environ.clinic@yale.edu

May 12, 2003

Mark Cullen MD
Ben Hur Mobo MD
Peter Rabinowitz MD, MPH
Carrie Redlich MD, MPH
Mark Russi MD, MPH
Oyebode Taiwo MD, MPH
Frank Nusdeu CMA
Judy Sparer CIH

George Cahill, Jr.
Attorney at Law
43 Trumbull Street
New Haven, CT 06511

Dear Attorney Cahill,

You have asked for my opinion regarding the history of noise-induced occupational hearing loss and hearing protection devices. In preparation for this report, I reviewed the general medical literature regarding the history of noise induced hearing loss, and also reviewed the following materials that your office supplied:

1. Dr. Glorig's February 24, 1966 presentation to the Medical and Surgical Officers of the American Association of American Railroads
2. Conrail's Proposed Hearing Conservation Work Plan dated March 17, 1981 and its Hearing Conservation Program Policy and procedure Manual dated January 25, 1995
3. Metro-North General Counsel Walter Zullig's Memorandum dated July 7, 1988 to Metro-North's Medical Director John P. Herrlin
4. Copy of the New York State Worker's Compensation Bill pertaining to occupational loss of hearing
5. Copy of the Connecticut General Statutes Workmen's Compensation Act for 1961

Noise-induced hearing loss as an occupational disease was described as far back as 1713, when the Italian occupational medicine physician Bernardino Ramazzini wrote in his classic "The Diseases of Workers"[1] that members of the profession of millers
"live day and night in the noise of wheels and millstones and the roar of water falling from a height, so that they are nearly always hard of hearing".
Ramazzini also noted the same condition in coppersmiths, observing that due to constant hammering noise, "workers in this class become hard of hearing, and if they grow old at this work, completely deaf. For that incessant noise beating on the eardrum makes it lose its natural tonus; the air within the ear reverberates on all sides, and this weakens and impairs all the apparatus of hearing."

Since at least that time, noise induced hearing loss has been a recognized occupational medicine condition. During World War II, the condition received increased attention, and shortly after the war the clinical audiometer was

## Yale Medical Group
THE PHYSICIANS OF YALE UNIVERSITY

invented, making it easier to test hearing in a reliable and reproducible way. At this point, according the Hearing Conservation Manual published by the Council for Accreditation in Occupational Hearing Conservation; "most occupational health professionals knew that noise could damage hearing"[2].

Beginning in the 1800s, several US patents were granted for hearing protective devices that could provide protection against the overexposure to noise. However, such devices were not widely available until the 1920's. During World War II, the military developed newer devices, and during this time hearing protectors also became generally available for industrial workers[3].

The first governmental noise standard was published by the Air Force in 1949, while the first major Federal legislation regarding hearing conservation and protection of civilian workers from noise-induced hearing loss was the 1969 amendment to the Walsh Healey Public Contracts Act, which required federal contractors to implement hearing conservation programs. In 1971, OSHA widened this act to include workers in all U.S. companies. These regulations discussed an 8-hour permissible exposure limit of 90dB, and required anyone exposed over this limit to use hearing protective devices, which at this point were inexpensive and readily available.

An article in the scientific literature published in 1991 reported an excess of hearing loss due to noise among railroad workers[4]. Railroad workers had been noted to be an occupation at risk for noise-induced hearing loss since at least the studies of Gottstein and Kayser, in 1881 in Germany[5].

In reviewing the documents you supplied, it appears that Dr. Aram Glorig (a well known authority in the field of noise-induced hearing loss), in his address to the Medical and Surgical Officers of the American Association of Railroads in 1966, outlined to these occupational physicians the causes and prevention of noise-induced hearing loss, and recommended that the railroads more aggressively institute hearing conservation programs to protect the hearing of railroad workers. He also discussed the use of hearing protective devices and noise control as part of these efforts.

The 1981 Conrail memorandum mentions that a hearing conservation program was being put into effect within the year, including audiometric testing of exposed workers. The 1988 Metro North memorandum indicates that individuals in the company were concerned about noise-induced hearing loss among railroad workers. Another Conrail document in 1995 indicates that such a program was in place.

Finally, a review of portions of the New York Workers Compensation status of 1958, and the Connecticut Workers Compensation Laws of 1961 indicates that hearing loss was considered a compensable condition.

In summary, based on my review of the information and sources above, it is my opinion, to a reasonable degree of medical certainty, that noise induced hearing loss was a well-recognized occupational condition over the last 35 years, and that information regarding the condition and its prevention was readily available to occupational medical professionals as well as management in companies where noise levels could reach potentially damaging levels, such as the railroad industry. It appears to me that special efforts were made to communicate the need for hearing conservation programs to such persons over that time period. During this same period, hearing protective device were used widely in American industry, and were mandated by Federal regulation since at least 1971.

If you have any further questions regarding this report, please do not hesitate to contact me.

Yours truly,

Peter Rabinowitz, M.D., M.P.H.
Assistant Professor of Medicine

Sources cited:
1. Ramazzini B. De Moribus Artificum (Diseases of Workers). National Academy of Medicine Special Edition ed. Chicago: University of Chicago Press; 1940 (translation of 1713 Latin edition).
2. Suter A. Hearing Conservation Manual. 4th ed. Milwaukee: Council for Accreditation in Occupational Hearing Conservation; 2002.
3. Bruce R, Moritz, CT. ASA 127th Meeting M.I.T. 1994 June 6-10 A history of hearing protection in the United States. Paper presented at: ASA 127th Meeting M.I.T., 1994.
4. Kryter KD. Hearing loss from gun and railroad noise--relations with ISO standard 1999. Journal of the Acoustical Society of America. 1991;90(6):3180-3195.
5. Atherley G, Noble W. Occupational deafness: the continuing challenge of early German and Scottish research. American Journal of Industrial Medicine. 1985;8(2):101-117.