# *APPENDIX D*

## CURRICULUM VITAE

## John Cameron Kirchner, M.D.

**PERSONAL**

| | |
|---|---|
| Born: | September 4, 1948, Baltimore, Maryland |
| Business Address: | Temple Medical Center<br>40 Temple Street<br>New Haven, Conn.  06510 |
| Home Address: | 45 Dromara Road<br>Guilford, Conn.  06437 |

**EDUCATION**

| | |
|---|---|
| 1966-1970 | B.A., Middlebury College, Middlebury, Vermont |
| 1970-1974 | M.D., McGill University School of Medicine, Montreal, Canada |
| 1974-1975 | Intern in Surgery, Strong Memorial Hospital, Rochester, New York |
| 1975-1976 | Resident in Surgery, Strong Memorial Hospital, Rochester, New York |
| 1977-1980 | Resident in Otolaryngology, Massachusetts Eye and Ear Infirmary, Boston, Mass. |
| 1978-1980 | Clinical Fellow in Otolaryngology, Harvard Medical School, Boston, Mass. |
| 1980-1981 | Clinical and Research Fellow in Otolaryngology, Harvard Medical School, Boston, Mass. |

**APPOINTMENTS**

| | |
|---|---|
| 1980-1981 | Assistant in Otolaryngology, Massachusetts Eye and Ear Infirmary, Boston, Mass. |
| 1981-1988 | Assistant Professor of Surgery (Otolaryngology), Yale University School of Medicine, New Haven, Conn. |
| 1988-1989 | Associate Professor of Surgery (Otolaryngology), Yale University School of Medicine, New Haven, Conn. |
| 1989- | Assistant Clinical Professor of Surgery (Otolaryngology), Yale University School of Medicine, New Haven, Conn. |
| 1981-1990 | Consultant, West Haven Veterans Administration Hospital, West Haven, Conn. |

**CERTIFICATION**

| | |
|---|---|
| 1980 | American Board of Otolaryngology |

LICENSURE

| | |
|---|---|
| 1976 | New York |
| 1977 | Massachusetts |
| 1981 | Connecticut |

SOCIETY MEMBERSHIPS

| | |
|---|---|
| 1981- | Christian Medical and Dental Society |
| 1982- | American Academy of Otolaryngology - Head and Neck Surgery |
| 1989- | Connecticut State Medical Society |
| 1989- | New Haven County Medical Association |

NATIONAL COMMITTEES

| | |
|---|---|
| 1983-1986 | Task Force on New Materials, American Academy of Otolaryngology/American Board of Otolaryngology |
| 1984-1989 | Subcommittee on Equilibrium (Committee on Hearing and Equilibrium), American Academy of Otolaryngology - Head and Neck Surgery |
| 1986-1991 | Faculty, American Academy of Otolaryngology - Head and Neck Surgery Home Study Course |

ADMINISTRATIVE RESPONSIBILITIES

| | |
|---|---|
| 1981-1989 | Director, Otology and Temporal Bone Dissection Course (given annually to Yale ENT residents) |
| 1985-1990 | Member, Thesis Committee, Department of Surgery, Yale University School of Medicine |
| 1987-1990 | Member, Quality Assurance/Utilization Review Committee, Yale-New Haven Medical Staff IPA, Inc. |
| 1992- | Member, Quality Assurance Committee, Temple Surgical Center, 60 Temple St., New Haven, Conn. |
| 1993- | Member, Medical Advisory Board, New Haven Medical Hotel, New Haven, Conn. |

PUBLICATIONS

1. Schuknecht, H.F., and Kirchner, J.C.: Cochlear otosclerosis: Fact or fantasy. Laryngoscope, 84: 766-782, 1974.

2. Sasaki, C.T., Gardiner, L. J., and Kirchner, J.C.: The split muscle flap in pharyngeal closure after laryngectomy. Laryngoscope, 96(6): 821-822, 1983.

3.  Kirchner, J.C., and Sasaki, C.T.: Surgery for Aspiration. The Otolaryngologic Clinics of North America, Vol. 17, No. 1, February, 1984, pp.49-56.

4.  Kirchner, J.C.: Dysphagia. In <u>Manual of Otolaryngology; Diagnosis and Therapy</u>, Ed. by M. Strome, J. Kelly, and M. Fried. Little, Brown and Company, 1985, pp. 134-143.

5.  Virapongse, C., Kirchner, J.C., Sasaki, C.T., and Shapiro, M.: Computed tomography of Korner's septum and petrosquamosal suture. Arch. Otolaryngol. - Head and Neck Surg., 112: 81-87, Jan., 1986.

6.  Souliere, C., Weintraub, S., and Kirchner, J.C.: Markedly delayed postoperative malignant hyperthermia. Arch. Otolaryngol. - Head and Neck Surg., 112(5): 564-566, 1986.

7.  Leder, S.B., Spitzer, J.B., Milner, P., Flevaris-Phillips, C., Richardson, F., and Kirchner, J.C.: Reacquisition of contrastive stress in an adventitiously deaf speaker using a single channel cochlear implant. J. Acoust. Soc. Amer., 79: 1967-1974, 1986.

8.  Kirchner, J.C., and Sasaki, C.T.: Reconstructive surgery of the sinuses. In <u>Comprehensive Management of Head and Neck Tumors</u>, Ed. by S. Thawley. W.B. Saunders Co., Philadelphia, Pa., 1987, pp. 433-444.

9.  Leder, S.B., Spitzer, J.B., and Kirchner, J.C.: Speaking fundamental frequency of postlingually profoundly deaf adult men. Ann. Otol. Rhinol. Laryngol., 96: 322-324, 1987.

10. Leder, S.B., Spitzer, J.B., Kirchner, J.C., Richardson, F., Milner, P., and Flevaris-Phillips, C.: Voice and speech findings in prospective cochlear implant candidates. Int. J. Rehab. Res., 10(1): 86-87, 1987.

11. Leder, S.B., Spitzer, J.B., and Kirchner, J.C.: Immediate effects of cochlear implantation on voice quality. Arch. Otorhinolaryngol., 244: 93-95, 1987.

12. Leder, S.B., Spitzer, J.B., Kirchner, J.C., Flevaris-Phillips, C., Milner, P., and Richardson, F.: Speaking rate of adventitiously deaf male cochlear implant candidates. J. Acoust. Soc. Am., 82(3): 843-846, 1987.

13. Sasaki, C.T., Kirchner, J.C., and Goodwin, W.J.: Self-retaining catheters for continuous frontal and maxillary sinus lavage. Otolaryngol. Head and Neck Surg., 97(4): 419-420, 1987.

14. Leder, S.B., Spitzer, J.B., Milner, P., Flevaris-Phillips, C., Kirchner, J.C., and Richardson, F.: Voice intensity of prospective cochlear implant candidates and normal hearing adult males. Laryngoscope, 97: 224-227, 1987.

15. Leder, S.B., Spitzer, J.B., Flevaris-Phillips, C., Richardson, F., Milner, P., and Kirchner, J.C.: Innovative approaches to selection of adult cochlear implant candidates. J. Rehab. Deaf, 21(2): 27-33, 1987.

16. Kirchner, J.C., Edberg, S.C., and Sasaki, C.T.: The use of topical oral antibiotics in head and neck prophylaxis: Is it justified? Laryngoscope, 98(1): 26-29, 1988.

17. Goodwin, W.J., Jr., Kirchner, J.C., and Sasaki, C.T.: Plasma tumor markers associated with squamous carcinoma of the upper aerodigestive tract. Proceedings of the Second International Head and Neck Oncology Research Conference, Kugler Publications, Amstelveen, The Netherlands.

18. Astrachan, D.I., Kirchner, J.C., and Goodwin, W.J., Jr.,: Prolonged intubation vs. tracheotomy: Complications, practical and psychological considerations. Laryngoscope, 98(11): 1165-1169, 1988.

19. Kirchner, J.C., Kirchner, J.A., and Sasaki, C.T.: Anatomic foramina in the thyroid cartilage: Incidence and implications for the spread of laryngeal cancer. Ann. Otol. Rhinol. Laryngol., 98(6): 421-425, 1989.

20. Isaacson, G., Kim, J.H., Kirchner, J.C., and Kirchner, J.A.: Histology of Isshiki thyroplasty Type I. Ann. Otol. Rhinol. Laryngol., 99(178): 42-45, 1990.

21. Ropka, M.E., Goodwin, W.J., Levine, P.A., Sasaki, C.T., Kirchner, J.C., and Cantrell, R.W.: Effective head and neck tumor markers. Arch. Otolaryngol. Head Neck Surg., 117: 1011-1014, 1991.