# APPENDIX E

Joseph   Sataloff, MD
1721 Pine Street
Philadelphia, PA 19103

(215) 790-9199

February 12, 2004

Lori A. McCarthy, Esq.
Flynn & Associates
189 State Street, 6TH Floor
Boston, MA 02109

RE: Thomas Kiniry v. Conrail, et al

Dear Ms. McCarthy:

It was kind of you to send such excellent and extensive background information on Mr. Kiniry, who is complaining of some hearing loss as a result of occupational noise exposure. I reviewed a great deal of information including medical records, reports from Dr. Kirchner and Dr. Erlich, responses to interrogatories, Mr. Kiniry's deposition and serial audiograms, including his military tests. This is certainly adequate information on which to base a diagnosis concerning Mr. Kiniry's hearing loss.

He is now 56-years-old and has been working on the railroad since 1967, chiefly as a signal maintenance man. I am aware of the type of equipment he used and describes in his deposition. He has been using ear protectors for the past 10 years. Mr. Kiniry had no difficulty hearing until the past few years, actually he stated 2 years ago, but I think it is actually longer. His otologic examination is within normal limits as described in his medical records. He denies military noise exposure of any significance, except for a short time when he was exposed to an M-14 gun while he was in the Navy.

The criteria enabling a physician to make a differential diagnosis of occupational hearing loss have been published and are as follows: (1) significant exposure to hazardous occupational noise; (2) gradual onset of hearing loss; (3) a symmetrical, or nearly symmetrical, hearing loss in both ears; (4) a hearing loss at approximately 4,000 Hz, commonly referred to as a hearing loss "notch;" (5) occupational hearing loss is not progressive after a maximum loss is incurred approximately 10 to 12 years after initial exposure; (6) speech discrimination scores are generally not severely affected; (7) the maximum amount of hearing loss caused by occupational noise exposure to the loudest noises is 40 dB in the speech frequencies and 75 dB in the higher frequencies; (8) occupational hearing loss does not progress once the subject is removed from the noisy environment. The presence of these criteria does not necessarily lead to a conclusive diagnosis of occupational hearing loss since other causes produce similar criteria. On the other hand, the absence of one, or more, of

Fax 215.735.2725   e-mail joesatalof@aol.com

Lori A. McCarthy, Esq.
RE: Thomas Kiniry v. Conrail, et al
February 12, 2004
Page 2

these factors is generally evidence of a cause other than occupational noise exposure.

These criteria were approved by the Hearing Conservation Committee of the American College of Occupational Medicine in December, 1987. OCCUPATIONAL HEARING LOSS, Marcel Dekker, Inc., 1993.
ACOM Noise & Hearing Conservation Committee. Committee Report. Journal Occupational Medicine 1989; 31:996.

In 1963 Mr. Kiniry's audiogram showed perfectly normal hearing in all frequencies, except there is a slight indication at 6000 Hz that his hearing was not as it was in other frequencies. This is somewhat significant in view of his present situation that he has been developing a high frequency hearing loss at 4000 Hz and above. His hearing loss now is a classic picture of presbycusis, that is, the type of high frequency loss that comes with aging. This genetic in origin and sometimes hereditary. He has normal hearing in the speech frequencies, normal speech reception and 100 % ability to discriminate speech, and really should have no significant symptoms of hearing loss for everyday communication. He has hearing levels that are typically found in millions of Americans over the age of 50 who have never been exposed to hazardous noise. Mr. Kiniry has 0 % impairment according to the AMA formula and there is no indication whatsoever of any occupational hearing loss, especially since the onset of hearing symptoms was after 30 years of work and he was wearing hearing protectors at that time.

Very sincerely yours,

*Joseph Sataloff*   DICTATED BUT NOT SIGNED

Joseph Sataloff, M.D.

JS/br