UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | MARCH 14, 2005 |

------------------------------------X

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following document or thing:

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO METRO-NORTH'S MOTION TO PRECLUDE DR. KIRCHNER'S OPINIONS

This document has not been filed electronically because:

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

FOR THE PLAINTIFF,

By _____
Scott E. Perry (CT17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of March, 2005, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry

2