UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. KINIRY | : | |
| | : | CIVIL ACTION NO. 3:02 CV 01680 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | MARCH 14, 2005 |
| | : | |
| Defendants. | : | |

### DEFENDANT'S MOTION IN REPLY TO PLAINTIFF'S MOTION IN LIMINE REGARDING PRIOR LAWSUIT, SETTLEMENT, AND RELEASE

The undersigned Defendant, Metro-North Railroad Company ("Metro-North"), hereby replies to the plaintiff's Motion in Limine Regarding Prior Lawsuit, Settlement, and Release.

The plaintiff, in his complaint, has alleged that he has sustained hearing loss which has caused him to suffer mental anguish, an impairment to earning capacity, medical expenses, and an inability to enjoy life's activities. To the extent that the plaintiff's prior lawsuits, claims, settlements, and/or releases relate to his similar claims in this action of mental anguish, impairment to earning capacity, medical expenses and an inability to enjoy life's activities, they are relevant and therefore admissible, pursuant to FRE 401 and 403.

          THE DEFENDANT,
          METRO-NORTH RAILROAD COMPANY

By: _____
    Susan B. Parzymieso, Esq., (CT 25301)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

 

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.131\reply psmtnpriorlawsuits.wpd
205.131