UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. KINIRY | : | CIVIL ACTION NO. 3:02 CV 01680 (JBA) |
| Plaintiff, | : | |
| V. | : | |
| | : | MARCH 14, 2005 |
| METRO-NORTH RAILROAD COMPANY | : | |
| Defendants. | : | |

**DEFENDANT'S MOTION IN REPLY TO PLAINTIFF'S MOTION IN LIMINE REGARDING IRRELEVANT OR UNFAIRLY PREJUDICIAL, MISLEADING, OR CONFUSING PERSONNEL AND MEDICAL RECORDS PERTAINING TO PRIOR ACCIDENTS AND INJURIES**

The undersigned Defendant, Metro-North Railroad Company ("Metro-North"), hereby replies to the plaintiff's Motion in Limine Regarding Irrelevant or Unfairly Prejudicial, Misleading, or Confusing Personnel and Medical Records Pertaining to Prior Accidents and Injuries.

Metro-North has proposed to introduce evidence Plaintiff's Metro-North personnel file or portions thereof, Plaintiff's Metro-North Medical Department file, or portions thereof, and Dr. Erlich's medical records concerning the plaintiff, or portions thereof. The plaintiff, in his complaint, has alleged that he has sustained hearing loss which has caused him to suffer mental anguish, an impairment to earning capacity, medical expenses, and an inability to enjoy life's

activities. To the extent that the plaintiff's medical and personnel records relate to not only his claimed hearing loss, but to these alleged claims, they are relevant and therefore admissible, pursuant to FRE 401 and 403.

        THE DEFENDANT,
        METRO-NORTH RAILROAD COMPANY

By:_____
    Susan B. Parzymieso, Esq., (CT 25301)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.131\replyPmtnrepriorax.wpd
205.131