UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

THOMAS KINIRY,                                      CIVIL ACTION

      Plaintiff                                     NO. 3:02CV01680 (JBA)

VS.

METRO-NORTH RAILROAD COMPANY,

      Defendant                                    APRIL 8, 2005
_____X

## JOINT MOTION FOR OPENING STATEMENT

The parties hereby move for permission of this Honorable Court for each party to present a brief opening statement no longer than ten minutes per party.

In support hereof the parties state the following:

1. It will be an opening statement and not an argument.

2. It will be ten minutes or less.

Wherefore, the parties respectfully request permission to give opening statements in this matter.

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF, THOMAS KINIRY

BY _____
    Scott E. Perry (ct17236)
    CAHILL, GOETSCH, & MAURER, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06510
    (203) 777-1000

RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT, METRO-NORTH
RAILROAD COMPANY

By_____
    Robert O. Hickey, Esq. (ct19555)
    RYAN, RYAN, JOHNSON & DELUCA, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, Connecticut 06905
    (203) 357-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 8th day of April, 2005, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.

_____
Scott E. Perry