**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KINIRY                                              :

v.                                                  :  NO. 3:02cv1680 (JBA)

METRO-NORTH                                         :

**ENDORSEMENT ORDER**

Pursuant to the colloquy with counsel at the pre-trial conference held 4/1/05, the following is ordered:

1. Motion in Limine [doc. #83] is GRANTED.  Evidence of plaintiff's prior lawsuits, settlements, settlement amounts and releases, if any, is precluded as set out on the record of 4/1/05.

2. Motion in Limine [doc. #84] is GRANTED, on agreement, in light of defendant's representations on the record 4/1/05 as to evidence to be offered.

3. Motion to Preclude Plaintiff's Expert [doc. #95] is DENIED for the reasons set out on the record 4/1/05.

4. The parties' briefing on the Ayres issue regarding Conrail settlement shall be filed forthwith.

                            IT IS SO ORDERED.

_____
                                    Janet Bond Arterton, U.S.D.J.


**Dated at New Haven, Connecticut: April 11, 2005**