UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――――――――――――――――X

THOMAS KINIRY,                                         CIVIL ACTION

    Plaintiff                                              NO. 3:02CV01680 (JBA)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                            MAY 13, 2005
―――――――――――――――――――――X

## PLAINTIFF'S SUPPLEMENT TO PARTIES' JOINT TRIAL MEMORANDUM

After the parties submitted their Joint Trial Memorandum, the plaintiff deposed Metro-North Employee Dave Nichols because he was identified by Metro-North as witness, for the first time, in the Parties' JTM. The plaintiff hereby supplements his exhibit list to include as Exhibit 41, Portions of Dave Nichols April 12, 2005 Deposition Transcript. The plaintiff intends to offer portions of Mr. Nichols deposition as admissions of a party-opponent pursuant to Fed. R. Evid. 801(d)2(D).

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF


BY _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 13th day of May, 2005, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.


_____
Scott E. Perry