UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------X

THOMAS KINIRY,                                CIVIL ACTION

    Plaintiff                                      NO. 3:02CV01680 (JBA)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                     MAY 17, 2005
---------------------------------------------------X

## PLAINTIFF'S REQUEST FOR 30(b)(6) INSTRUCTION

The plaintiff's first witness will be Anne Egan Kirsch. Ms. Kirsch is Metro-North's Assistant Safety Director and was produced as Metro-North's 30b6 witness on various topics and was deposed over the course of two days. The plaintiff requests the following instruction when Ms. Kirsch testifies:

> Pursuant to the Federal Rules of civil procedure, namely Rule 30(b)6, a corporation can designate a representative to speak on its behalf concerning various topics that are set forth in what is called a deposition notice. The person designated as the corporation's 30(b)(6) witness must testify as to matters known or reasonably available to the organization. In this case the plaintiff requested Metro-North designate a witness to speak on its behalf concerning:
>
> -Metro-North's hearing conservation program;
> -Metro-North's decision to implement a hearing conservation program;

-All the reasons why Metro-North decided to implement a hearing conservation program;
-Metro-North's efforts to educate the plaintiffs about the risks associated with exposure to loud noises, including the dates any such efforts were made;
-Metro-North's efforts to find out noise levels at the plaintiff's work locations;
-All noise testing and test results performed by Metro-North or by its agents, consultants or contractors;
-All reasons why Metro-North wants employees to wear hearing protection when working around loud noises;
-All reasons why Metro-North performs hearing tests;
-All rules and regulations requiring the plaintiff to wear hearing protection in any circumstance;
-The documents produced by Metro-North concerning its hearing conservation program;
-Metro-North's Supervisor Training Program, and any other training programs with respect to hearing conservation.

Metro-North designated Ms. Kirsch as its representative to speak on its behalf concerning these topics.

Wherefore, the plaintiff requests the aforementioned instruction so the jury will understand the significance and meaning of a 30(b)6 witness.

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF,

BY _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06510
(203) 777-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 17th day of May, 2005 to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.

_____
Scott E. Perry