UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. KINIRY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | CIVIL ACTION NO. 3:02 CV 01680 (JBA) |
| METRO-NORTH RAILROAD COMPANY | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | | MAY 19, 2005 |

## DEFENDANT'S MOTION FOR PERMISSION TO AMEND THE JOINT TRIAL MEMORANDUM REGARDING DEFENDANT'S EXHIBITS

The undersigned Defendant, Metro-North Railroad Company ("Metro-North"),

respectfully moves this court for permission to amend the parties' Joint Trial Memorandum for

the purposes of amending its List of Exhibits.  Attached as Addendum A is the Defendant's

Amended List of Exhibits.

The undersigned has been in contact with plaintiff's counsel and he does not object to this

motion, but objects to the admissibility of certain of the exhibits contained in the attached

Amended Exhibit List, which are also noted in Addendum A.

**WHEREFORE,** the undersigned respectfully requests permission to amend the Joint

Trial Memorandum to amend Defendant's List of Exhibits.

THE DEFENDANT,
METRO-NORTH RAILROAD COMPANY


By:_____

Susan B. Parzymieso, Esq., (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2005, a copy of the above was faxed to the following

counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.131\mtn amend jtm re exhibits.wpd
205.131

## AMENDED LIST OF EXHIBITS BY DEFENDANT

The defendant reserves the right to introduce all the exhibits listed by the plaintiff.  The defendant also reserves the right to introduce exhibits for impeachment or rebuttal.  In addition, the defendant may introduce the following exhibits:

A.      **Plaintiff's June 26, 2001 Audiogram (one page);**

B.      **June 26, 2001 Request for Medical Service, which relates to Mr. Kiniry's**

        **examination for qualification as a gang watchman (one page);**

        The plaintiff objects to this exhibit as hearsay under FRE 801 and 802.

C.      **Report of Medical Examination, dated June 26, 2001, completed by Mr. Kiniry and**

        **Physical  Exam Sheet dated June 26, 2001 (one page);**

D.      **Hearing Test form dated June 26, 2001, completed by Mr. Kiniry, which was**

        **marked as Defendant's Exhibit 5 at his deposition (two pages);**

E.      **October 1999 Audiogram;**

F.      **Report of Medical Examination and Physical Exam form, dated October 21, 1999, in**

        **connection with his 1999 audiogram (one page);**

G.      **Hearing Test form dated October 21, 1999, completed by Mr. Kiniry in connection**

        **with his 1999 audiogram (two pages);**

**H.**     **January 12, 2000 office visit note of Wolf Ehrlich, which was marked as Exhibit 3 at**

      **Mr. Kiniry's deposition;**

The plaintiff objects to this exhibit under FRE 402, 403, 801 and 802.

**I.**     **August 21, 2000 office visit note of Dr. Wolf Ehrlich;**

The plaintiff objects to this exhibit under FRE 402, 403, 801 and 802.

**J.**     **Request for Medical Services, dated April 27, 2001;**

The plaintiff objects to this exhibit under FRE 801 and 802.

**K.**     **Report of Medical Examination, dated April 27, 2001;**

**L.**     **Office note of Dr. Robert Redden, dated August 22, 1996;**

The plaintiff objects to this exhibit under FRE 402, 403, 801 and 802.

**M.**     **August 2, 2002 letter from plaintiff's counsel to plaintiff;**

The plaintiff objects to this exhibit under FRE 402 and 403 (See Plaintiff's February 24,

2005 Objections to Exhibit H).

**N.**     **Sample earplugs;**

**O.**     **Safety Bulletin 175, dated December 16, 1997; and**

**P.**     **Hearing Test form dated April 4, 2003, completed by Mr. Kiniry.**