UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. KINIRY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | CIVIL ACTION NO. 3:02 CV 01680 (JBA) |
| METRO-NORTH RAILROAD COMPANY | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | | MAY 19, 2005 |

### DEFENDANT'S SUPPLEMENT TO PARTIES' JOINT TRIAL MEMORANDUM

The undersigned defendant, Metro-North Railroad Company hereby supplements its exhibit list to include Portions of Dave Nichols April 12, 2005 Deposition Transcript, that will not be entered into evidence by the plaintiff. The defendant intends to offer portions of Mr. Nichols's deposition, pursuant to F. R. Civ. P. 32(a)(4) and/or the former testimony exception to Fed.R. Evid. 804(b)(1).

          THE DEFENDANT,
          METRO-NORTH RAILROAD COMPANY

By: _____
     Susan B. Parzymieso, Esq., (CT 25301)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
     Stamford, CT   06905
     Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2005, a copy of the above was faxed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

                                                                                  _____
                                                                                 Susan B. Parzymieso, Esq.

I:\Procases\205.131\JTM supp re Nichols.wpd
205.131