UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

THOMAS KINIRY,  CIVIL ACTION

   Plaintiff  NO. 3:02CV01680 (JBA)

VS.

METRO-NORTH RAILROAD COMPANY,

   Defendant  MAY 20, 2005
_____X

### PLAINTIFF'S SUPPLEMENT TO PARTIES' JOINT TRIAL MEMORANDUM

The undersigned plaintiff, Thomas Kiniry, hereby supplements his exhibit list to include plaintiff's portions of Dr. Aram Glorig's Deposition Transcript in Allen v. Conrail dated September 10, 1996 as Exhibit 32a. Plaintiff's counsel contacted Metro-North's attorney, Susan Parzymieso, and Metro-North has no objection to amending the exhibit list, but will object to the admissibility of the exhibit pursuant to Fed.R.Evid. 801 and 804 Fed. R. Civ. P. 26 (undisclosed expert testimony).

RESPECTFULLY SUBMITTED

FOR THE PLAINTIFF,


BY _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 20th day of May, 2005 to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.


_____
Scott E. Perry