UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | MAY 20, 2005 |

_____X

**PLAINTIFF'S SUPPLEMENT TO PARTIES'**
**JOINT TRIAL MEMORANDUM**

The undersigned plaintiff, Thomas Kiniry, hereby supplements his exhibit list to include plaintiff's audiogram results dated July, 1963 from the United States Navy, as Exhibit 42, attached hereto as Appendix A. Plaintiff's counsel contacted Metro-North's attorney, Susan Parzymieso, and Metro-North has no objection to amending the exhibit list, but will object to the admissibility of the exhibit pursuant to Fed.R.Evid. 801 and 802.

RESPECTFULLY SUBMITTED

FOR THE PLAINTIFF,


BY _/s/ Scott Perry_____
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 20th day of May, 2005 to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.


_/s/ Scott Perry_____
Scott E. Perry

2