# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
## National Personnel Records Center

## To all to whom these presents shall come. Greeting:

By ___ of the authority vested in me by the Archivist of the United States, I certify on his behalf, under t___ ___ of the National Archives and Records Administration, that the attached reproduction(s) is a ___ ___ rect copy of documents in his custody.

| | |
|---|---|
| SIGNATURE | |
| NAME<br>ROBERT C. ROOTZ | DATE<br>1/15/04 |
| TITLE<br>Manager, Reference Core Three | |
| NAME AND ADDRESS OF DEPOSITORY<br>NATIONAL PERSONNEL RECORDS CENTER<br>(Military Personnel Records)<br>9700 Page Avenue<br>St. Louis, MO  63132-5100 | |

NA FORM 13040-B (9-85)

**PLAINTIFF'S EXHIBIT**
42
3:02cv01680(JBA)

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

# REPORT OF MEDICAL EXAMINATION

88-101-01

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| KINIRY, THOMAS C. | | 698930? |
| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
| 41 Dexter Ave Meriden, Conn | ENL NAVY | 19 JUL 1963 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| Mal | Cauc | MILITARY | CIVILIAN | | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 21 July 1946 | Meriden Hos Conn. | Mr and Mrs Kiniry |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|

## CLINICAL EVALUATION

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

| | (Check each item in appropriate column; enter "NE" if not evaluated.) | NORMAL | ABNORMAL |
|---|---|---|---|
| 18. | HEAD, FACE, NECK AND SCALP | ✓ | |
| 19. | NOSE | ✓ | |
| 20. | SINUSES | ✓ | |
| 21. | MOUTH AND THROAT | ✓ | |
| 22. | EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | ✓ | |
| 23. | DRUMS (Perforation) | ✓ | |
| 24. | EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 61) | ✓ | |
| 25. | OPHTHALMOSCOPIC | ✓ | |
| 26. | PUPILS (Equality and reaction) | ✓ | |
| 27. | OCULAR MOTILITY (Associated parallel movements, nystagmus) | ✓ | |
| 28. | LUNGS AND CHEST (Include breasts) | ✓ | |
| 29. | HEART (Thrust, size, rhythm, sounds) | ✓ | |
| 30. | VASCULAR SYSTEM (Varicosities, etc.) | ✓ | |
| 31. | ABDOMEN AND VISCERA (Include hernia) | ✓ | |
| 32. | ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | ✓ | |
| 33. | ENDOCRINE SYSTEM | ✓ | |
| 34. | G-U SYSTEM | ✓ | |
| 35. | UPPER EXTREMITIES (Strength, range of motion) | ✓ | |
| 36. | FEET | ✓ | |
| 37. | LOWER EXTREMITIES (Except feet) (Strength, range of motion) | ✓ | |
| 38. | SPINE, OTHER MUSCULOSKELETAL | ✓ | |
| 39. | IDENTIFYING BODY MARKS, SCARS, TATTOOS | | ✓ |
| 40. | SKIN, LYMPHATICS | ✓ | |
| 41. | NEUROLOGIC (Equilibrium tests under item 74) | ✓ | |
| 42. | PSYCHIATRIC (Specify any personality deviation) | ✓ | |
| 43. | PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | | |

Scar (L) temple

(Continue in item 73)

## 44. DENTAL (Place appropriate symbols above or below number of upper and lower teeth, respectively.)

O—Restorable teeth
/—Nonrestorable teeth

X—Missing teeth
XXX—Replaced by dentures

(6 X 8) — Fixed bridge, brackets to include abutments

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

## LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | 1.021 | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | Neg | CONN. |
| C. SUGAR | Neg | 11:50   7/19/63   19 JUL 1963 |
| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
| | | "O" | |

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 60½ | 111 | BRO | BLUE | | 98.8 |

| 57. BLOOD PRESSURE (Arm at heart level) | | | | | 58. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 100 DIAS. 60 | B. RECUMBENT | SYS. DIAS. | C. STANDING (3 min.) SYS. DIAS. | A. SITTING 82 | B. AFTER EXERCISE 106 | C. 2 MIN. AFTER 90 | D. RECUMBENT | E. AFTER STANDING 3 MIN. |

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | OX | 20/20 CORR. TO | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | OX | 20/20 CORR. TO | BY |

62. HETEROPHORIA (Specify distance) 20'

| ES° 9 | EX° | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|

| 63. ACCOMMODATION | | 64. COLOR VISION (Test used and result) DVO 15/15 PASSED | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |
| 66. FIELD OF VISION | | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |

| 70. HEARING | | | 71. AUDIOMETER | | | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
| LEFT WV | /15 SV | /15 | RIGHT | -5 | -10 | -10 | -10 | -10 | 20 | | |
| | | | LEFT | 0 | -10 | -10 | -10 | -5 | 0 | | |

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

AFQT 7B 23 IV

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

| 76. | A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | 1 | 1 | 1 | 1 | 1 | 1 |

77. EXAMINEE (Check)
A. ☑ IS QUALIFIED FOR Enl
B. ☐ IS NOT QUALIFIED FOR

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| B. PHYSICAL CATEGORY | | | |
|---|---|---|---|
| A ✓ | B | C ✗ | E |

| 79. TYPED OR PRINTED NAME OF PHYSICIAN IRVING J LARSHAK MD  CONTR PHY | SIGNATURE |
|---|---|
| 80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE | NUMBER OF ATTACHED SHEETS |

U.S. GOVERNMENT PRINTING OFFICE : 1960—O—540014