UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
|     Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
|     Defendant | MAY 26, 2005 |

_____X

### PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY CHARGES

Plaintiff, through his undersigned counsel, submits herewith his Supplemental Proposed Charges to the Jury.

Because these Proposed Charges are based on plaintiff's present understanding of the case, plaintiff reserves the right to submit additional proposed charges.

**EFFECT OF COMPLIANCE WITH OSHA REGULATIONS**

The safety regulations promulgated by OSHA prescribe the minimum requirements for companies' rules and practices, and a railroad's compliance with those regulations does not bar you from finding that the railroad nevertheless failed to meet its obligation under the FELA to provide its employees with a reasonably safe place to work.  See Bolan v. Lehigh Valley R. Co., 167 F.2d 934, 936 (2d Cir. 1948), Delevie v. Reading Co., 176 F.2d 496, 497 (3rd Cir. 1949), and Richter & Forer, "FELA" 12 FRD 13, 41 and 47 (1951).

2

RESPECTFULLY SUBMITTED

FOR THE PLAINTIFF


By_____
    Scott E. Perry, (ct17236)
    CAHILL, GOETSCH & MAURER, P.C.
    43 Trumbull Street
    New Haven, Connecticut 06510
    (203) 777-1000


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand-delivered on this 26th day of May, 2005, to Charles A. Deluca, Esq., at the United States District Courthouse, 141 Church Street, New Haven, Connecticut 06510.


_____
Scott E. Perry