UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | MAY 26, 2005 |

_____X

### PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY CHARGES

Plaintiff, through his undersigned counsel, submits herewith his Supplemental Proposed Charges to the Jury.

Because these Proposed Charges are based on plaintiff's present understanding of the case, plaintiff reserves the right to submit additional proposed charges.

## **MITIGATION OF DAMAGES**

The defendant claims that the plaintiff did not use reasonable diligence to mitigate, avoid or minimize his damages. The burden is on the defendant to prove by a preponderance of the evidence that the plaintiff failed to act reasonably in minimizing his damages.

If you find by a preponderance of the evidence the plaintiff unreasonably failed to take advantage of an opportunity to lessen his damages, you should deny him recovery for those damages which he would have avoided had he taken advantage of any such opportunity.

You are the sole judge of whether the plaintiff acted reasonably in avoiding or minimizing his damages. The plaintiff is not required to exercise unreasonable efforts or incur unreasonable expenses in mitigating the damages.

In deciding whether to reduce the plaintiff's damages because of any failure to mitigate, you must weigh all the evidence in light of the particular circumstances of the case, using sound discretion in deciding whether the defendant has satisfied its burden of proving that the plaintiff's conduct was not reasonable.

Jones v. Consolidated Rail Corp., 800 F.2d 590, 593 (6th Cir. 1986); Schneider v. National Railroad Passenger Corp., 987 F.2d 132, 136 (2nd Cir. 1993) (stating Jones is the governing legal standard for the duty of mitigation of damages in FELA cases).

RESPECTFULLY SUBMITTED

FOR THE PLAINTIFF


By_____
   Scott E. Perry, (ct17236)
   CAHILL, GOETSCH & MAURER, P.C.
   43 Trumbull Street
   New Haven, Connecticut 06510
   (203) 777-1000


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand-delivered on this 26th day of May, 2005, to Charles A. Deluca, Esq., at the United States District Courthouse, 141 Church Street, New Haven, Connecticut 06510.


_____
Scott E. Perry

3