UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS KINIRY

    v.                                                 Civil No.  3:02cv1680 (JBA)

METRO-NORTH RAILROAD CO

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.

On May 31, 2005, after deliberation, the jury returned a verdict for the defendant Metro North Railroad Co.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant Metro North Railroad Co.

Dated at New Haven, Connecticut: May 31, 2005

KEVIN F. ROWE,  Clerk

_____/s/_____
By: Betty J. Torday
Deputy Clerk

EOD:_____