AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF ~~Connecticut~~

Thomas Kiniry
v.
Metro North RR

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02CV1680(JBA)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | S. Perry | C DeLuca |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/23/05 | Montini | Jefferson |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | ✓ | | | Jos. Streeny (Depo) by |
| ✓ | | | | | Anne Eagan Kirsch, NY, NY |
| ✓ | 15 | | | | I.D. (Excerpt - manual) |
| | A2 | 5/31/ | | 05 | (Depo) (Manual) I.D. |
| ✓ | 1 | | | ✓ | ID (Tech. Rpt. re Hrg. Conservation) Full |
| ✓ | 14A | | | ✓ | Metro North Job Description Sheet |
| ✓ | 14B | | | ✓ | Metro North Guidelines Signal Maintainer |
| ✓ | 2 | | | ✓ | Power Point Presentation re: Hrg. Conser. Trng. (w/o pgs, 5th item - redacted version needed) |
| | 28 | | | ✓ | 29 Code Fed. Reg. as of 1984 (Full) |
| ✓ | 12 | | | ✓ | MN Conservation Prog. 4/99 (Vol 1 & 2) |
| ✓ | 13 | | | ✓ | Final Draft RR. Hrg. Conserv. Prog. dated 3/24/00 |
| ✓ | 8 | | | ✓ | Memo (1988) from Baum |
| ✓ | 9 | | | ✓ | MN Safety Rule 9064 7/89 (Full) |
| | 17 | | | ✓ | (Tape - Filtered Speech Tape) |
| | | O | | ✓ | Safety Bulletin (12/16/97) Safety Dept. |
| ✓ | 7 | | | ✓ | Safety Dept dated 1/9/98 memo |
| ✓ | 4 | | | ✓ | Full - Portion of Tech Rpt - dated 2/26/01 |
| ✓ | 3 | | | ✓ | FAQs MN Hrg Conserv. Prog. (2 pgs) |
| ✓ | | ✓ | ✓ | | Lova Borisjuk, North Haven |
| ✓ | 18A | | | | ID - Equip & Machinery lists |
| ✓ | | ✓ | | | Thomas Kiniry, Meriden |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

⑦ Cont'd

# United States District Court

―― DISTRICT OF ――

v.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3·02CV1680 (JBA)

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | | | | (ID) map NH RR Yard |
| | | 5/24/5 | | | |
| ✓ | | ✓ | | | Dr. Carmin Kirchner New Haven, Ct |
| ✓ | | 45 | ✓ | ≤ | Blow up of 25A |
| | | 25 A | | ✓ | Audiogram 8/27/2 m Kining |
| | | 25 B | | ✓ | "    1/18/05   " |
| | ✓ | Q | | ✓ | Health Ins. Bills Kining (1/18/05) Dr. Kirchner |
| | ✓ | R | | ✓ | Health Ins Bills Kining (8/27/02) Dr. Kirchner |
| | ✓ | S | | ✓ | Form from Cahill law firm |
| ✓ | | e | | ✓ | Autograph King 10/20/99 |
| ✓ | | F | | ✓ | Med Exam 10/21/99 Kining |
| ✓ | | g | | ✓ | Hearing Test form 10/21/99 |
| ✓ | | T | ✓ | | Blow up of E |
| ✓ | | U | ✓ | | "   "  of |
| ✓ | | A | | ✓ | Autogram test for Kining 6/24/01 |
| ✓ | | C | | ✓ | Medical form |
| ✓ | | D | | ✓ | "   " hearing test |
| ✓ | | H | | ✓ | Medical Rpt by Dr. Erlich 5/21/00 |
| ✓ | | I | | ✓ | "  "  "  Cont |
| ✓ | | L | | ✓ | Notes of Dr. R. Redden 8/22/96 (rdn) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

PAGE 1 of 2  PAGES

③ Cont

# United States District Court

DISTRICT OF _____

_____ v. _____

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3O2CV 1680JBA

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | | Blowup of 25A II |
| | ✓ | W | ✓ | | Blowup of 25B II |
| ✓ | | 42 | | ✓ | Military Record 1963 |
| ✓ | | 50 | | ✓ | Audiogram 4/2003 / Re Metro North |
| ✓ | | 20 | | ✓ | Memo 3/17/81 Hearing Cons. Prg. |
| | ✓ | X | | ✓ | Test of Safety Rule Book Form |
| | ✓ | O | | ✓ | Safty Bul #175 |
| | | 5/25/5 | | | Cont T. Kinny |
| | ✓ | N | | ✓ | Ear plugs |
| | ✓ | K | | ✓ | Medical form 4/27/01 |
| | ✓ | Y | ✓ | ✓ | letter 8/2/02 to T. Kinny (redact) |
| | ✓ | P | | ✓ | Hearing test form 4/4/03 |
| ✓ | | 51 | | ✓ | New Safety Rules 4/3/05 Metro North |
| | ✓ | ✓ | | | Dr. J. [illegible] Philadelphia, PA |
| | | ✓ | | | David Nichols (4/12/05 Dep) |
| 5/24 | | Z | | | Dep of M. Strean 11/24/97 |
| | | ✓ | | | Dr. John Heurlin Dep (1/21/92) |
| ✓ | | 21 | | ✓ | Memo - |
| ✓ | | 22 | | ✓ | Memo - |
| | ✓ | ✓ | | | George Webber W. Haven, Ct |
| | ✓ | ✓ | | | Bill Costillo " " |
| ✓ | | ✓ | | | Record of Dr Kirchner |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST — CONTINUATION**

Kenny vs. Metro Rolex   CASE NO. 02 CV 1680 JBA

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/26 | | | |
| | | 52 | ✓ | AA | Chart |
| ✓ | | AA | ✓ | | 2/12/4 let to L. McCarthy from Dr. Sataloff |
| ✓✓ | | Joint (A) | ✓ | ✓ | Stipulation |
| | | | | O | |

Page 4 of 4 Pages