# United States District Court

DISTRICT OF _Court_

_Kenny v. Metro North_

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3 02 cv 1680 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Perry/Cahill | Deluca |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/31/05 | S. Montini | Torday |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | A | | | Note Re: Blow up Charts |
| | | B | | | Note Re: Verdict |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Filed 5/31/05 — Kevin F. Rowe, Clerk / Torday, Deputy Clerk