UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Thomas Kiniry, <br>     Plaintiff, <br><br> v. <br><br> Metro-North Railroad Company <br>     Defendant. | : <br> : <br> : <br> : CIVIL NO. 3:02cv1680 (JBA) <br> : <br> : <br> : |

### VERDICT FORM

**I. Liability**

    1.    Do you find that the plaintiff, Thomas Kiniry, has proved that defendant Metro North was negligent?

        Yes _____    No __X__

    2.    Do you find that the plaintiff has proved that defendant's negligence played a part, no matter how slight, in bringing about injury to the plaintiff?

        Yes _____    No _____

If you have answered "NO" to Question 1 or 2, your deliberations are complete, and the foreperson should sign and date this form. Judgment will enter for the defendant.

If you answered "YES" to both Questions 1 and 2, proceed to Question 3.

    3.    Do you find that the **defendant** has proved that **plaintiff** was himself negligent and that such negligence played a part, no matter how slight, in bringing about his injury?

        Yes _____    No _____

If you answered "NO" to Question 3, go to Section II. If you answered "YES" to Question 3, go to question 4, and then Section II.

    4.    By what percentage did plaintiff's negligence contribute to bringing about his injury?

        _____%

1

II. **Damages**

1. What amount of damages do you award for plaintiff's mental anguish, if any, including the effect of his injury on the normal pursuits and pleasures of life, experienced to the present?

    $ _____

2. What amount of damages do you award for plaintiff's mental anguish, if any, including the effect of his injury on the normal pursuits and pleasures of life, that you find he is likely to endure in the future as a result of his injury?

    $ _____

3. What amount of damages do you award for any medical expenses or other costs that you find the plaintiff is likely to incur as out of pocket expenses in the future as a result of his injury?

    $ _____

So say we all, dated at New Haven, Connecticut this 31 day of May 2005 at 2:45 o'clock a.m/(p.m.)

_____
Signature of Foreperson