UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| THOMAS KINIRY, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01680 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | JUNE 8, 2005 |

_____X

## PLAINTIFF'S MOTION FOR A NEW TRIAL

The plaintiff hereby moves the Court for a new trial pursuant to Fed. R. Civ. P. 59. The plaintiff seeks a new trial because the jury was not instructed that Metro-North Railroad had a non-delegable duty to provide the plaintiff with a reasonably safe place to work that included protecting him from non-Metro-North generated noises.

A Memorandum of Law in Support of Plaintiff's Motion For A New Trial is being filed herewith.

FOR THE PLAINTIFF

By _____
George J. Cahill, Jr. (ct04485)
CAHILL, GOETSCH and MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## Certificate of Service

  This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid to:

  Robert O. Hickey, Esq.
  Ryan Ryan Johnson & Deluca
  80 Fourth St., P.O. Box 3057
  Stamford, CT 06905

  on this 8th day of June, 2005.

                _____
                George J. Cahill, Jr.