UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. KINIRY | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 3:02 CV 01680 (JBA) |
| V. | : | |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | |
| | : | |
| | : | JUNE 23, 2005 |
| Defendants. | : | |

## <u>DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR A NEW TRIAL</u>

The undersigned Defendant, Metro-North Railroad Company ("Metro-North"), hereby objects to the plaintiff's motion for a new trial on the grounds that the Court's decision not to instruct the jury that Metro-North had a non-delegable duty to provide the plaintiff with a reasonably safe place to work was proper .

A Memorandum of Law in Support of Defendant's Objection to Plaintiff's Motion for a New Trial is being filed herewith.

**ORAL ARGUMENT IS REQUESTED**

THE DEFENDANT,
METRO-NORTH RAILROAD COMPANY


By:_____

     Charles A. Deluca, Esq., (CT 05255)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
     Stamford, CT   06905
     Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq. (ct04485)
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas C. Kiniry

_____
Charles A. Deluca, Esq.

I:\Procases\205.131\obj mtn new trial.wpd
205.131

3