**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

February 15, 2006

Re: Case Name: KINIRY v METRO NORTH
    Number: 3:02CV1680 JBA

Dear Counsel:

As the above matter has been disposed of in this court on May 31, 2005.

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up. Please call 203-773-2706 to make arrangement to pick up.

If they are not picked up by   , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                                                Sincerely,

                                                Kevin F. Rowe, Clerk

                                                BY _____

                                                Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____