# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

June 5, 2006

SCOTT E. PERRY
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511

Re: Case Name: KINIRY V METRO NORTH
Number: 3:02cv1680 JBA

Dear Attorney:

As the above matter has been disposed of in this court:

PLAINTIFF'S EXHIBITS

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BETTY TORDAY
Deputy Clerk

ACKNOWLEDGMENT: _Scott Perry_   DATE: 6/12/06